2009-42219
FILED
November 05, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002174520

**2**

1  **MICHAEL P. DACQUISTO, ESQ.**
   **State Bar Number 84894**
2  **1901 Court Street**
   **Redding, California 96001**
3
   **Telephone: (530) 244-6007**
4  **Fax:        (530) 244-0907**

5  **Proposed Attorney for John Reger, Chapter 7 Trustee**

6

7

8              **UNITED STATES BANKRUPTCY COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11  **In re:**                              **NO. 09-42219-B-7**

12  **ROSENAU INVESTMENTS, INC.**     **DCN: MPD-1**

13                  **Debtor            /**
    _____

14

15          **ORDER AUTHORIZING EMPLOYMENT OF ATTORNEY**

16          An application to employ attorney pursuant to 11 U.S.C. §327 has been made.

17  Based upon the application, the record, and the verified statement required by Federal

18  Rules of Bankruptcy Procedure, Rule 2014(a), it appears the attorney is eligible to be

19  employed.

20          IT IS ORDERED that John Reger, chapter 7 trustee is authorized to retain Michael

21  P. Dacquisto, 1901 Court Street, Redding, California 96001, as counsel for the estate

22  with respect to providing general counsel services to the bankruptcy estate, subject to the

23  following reasonable terms and conditions.

24          1.      Michael P. Dacquisto is employed pursuant to the terms of the hourly fee

25  retainer agreement between Reger and Dacquisto. Compensation will be at the "lodestar

26  rate" applicable at the time the services are rendered in accordance with *In re Manoa Fin.*

27  *Co.* 853 F.2d 687 (9th Cir. 1988). No hourly rate referred to in the application papers is

28  approved unless unambiguously stated in this order or a subsequent order of this court.

RECEIVED
October 23, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002174520

2.     No compensation is permitted except upon court order following application pursuant to 11 U.S.C. §330(a).

3.     The effective date of this order is October 20, 2009.


Dated: November 05, 2009

Thomas C. Holman
United States Bankruptcy Judge