FILED

November 19, 2009

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002235592

# United States Bankruptcy Court
## Eastern District of California

IN RE:                                          Case No. <u>2009-42219</u>

<u>Rosenau Investments, Inc.</u>                          Chapter <u>7</u>
                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | $ 4,982,900.00 | | |
| B - Personal Property | Yes | 4 | $ 1,336,474.99 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 13 | | $ 2,302,684.22 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | $ 16,959.50 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 44 | | $ 17,293,597.72 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 71 | $ 6,319,374.99 | $ 19,613,241.44 | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Rosenau Investments, Inc.                                    Case No. 2009-42219
_____                                          _____
                    Debtor(s)                                              (If known)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

© 1993-2009 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 17 lot subdivisision known as "Buckeye Pines," (1 house 70% complete and 16 ohter lots are vacant) (APNs 114-130-024-114-040) (Debtor's estimate and Mike Rossiter's estimated) (not rented/no income) | | | 735,000.00 | 20,682.59 |
| Duplex, located 1620 17th Street, Oakland, California (Debtors's value-$70,000; Patty Flores, realtor, value-$168,500; David Eckert, realtor, value-$138,000) (APN 007-0561-006-3) (not rented/occupied by squatters) | | | 70,000.00 | 12,742.42 |
| Four-plex, located at 1254 98th Avenue, Oakland (Debtors's value-$200,000; Patty Flores, realtor, value-$202,000; David Eckert, realtor, value-$170,000) (APNs 044-4971-020-02) (Sale pending at $200,000) (not rented/no income) | | | 200,000.00 | 6,138.63 |
| Four-plex, located at 9425 Peach Street, Oakland (APNS 046-5474-009). (Debtor's value-$287,500; Patty Flores, realtor, value-$274,000; David Eckert, realtor, value-$199,000) (Debtor believe the property to be rented through RMD Services, property management service) | | | 274,000.00 | 1,055,395.69 |
| Oakdale lot /Vacant land (APNs 037A-2785-008) (Debtor's estimate) (not rented/no income) | | | 60,000.00 | 1,043,764.35 |
| Oakdale lot /Vacant land (APNs 037A-2785-009) (Debtor's estimate) (not rented/no income) | | | 40,000.00 | 1,043,764.35 |
| Oakdale lot Vacant land (APNs 037A-2785-006) (Debtor's estate of value) (not rented/no income) | | | 50,000.00 | 1,043,764.35 |
| Oakdale lot Vacant land (APNs 037A-2785-007) (Debtor's estimate) (not rented/no income) | | | 50,000.00 | 1,043,764.35 |
| Pepper Tree Inn 622 North Palm Canyon Palm Springs, CA 92262 (Debtor's estimate of value; value includes furniture, fixtures, add appliances) | | | 2,200,000.00 | 1,007,641.29 |

TOTAL | 4,982,900.00

(Report also on Summary of Schedules)

IN RE <u>Rosenau Investments, Inc.</u>                    Case No. <u>2009-42219</u>

Debtor(s)                                          (If known)

## SCHEDULE A - REAL PROPERTY
### (Continuation Sheet)

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Single family residence at 1427 Willow Street, Oakland, California, (APNs 007-0551-002). (Debtors's value-$85,000; Patty Flores, realtor, value-$97,000; David Eckert, realtor, value-$99,000) (not rented/no income) | | | 90,000.00 | 1,109,206.69 |
| Single family residence on 2.7 acres with mother-in-laws quarters, located at 17105 Marianas Way, Cottonwood, California (APNs 207-580-029) (Offer to purchse at $415,000) (not rented/no income) | | | 415,000.00 | 1,064,641.29 |
| Single family residence with additional non-conforming living space, located at 7832 Ney Avenue, Oakland, (APNs 040A-3411-028); (Debtors's value-$160,000; Patty Flores, realtor, value-$114,000; David Eckert, realtor, value-$150,000) (Sale pending at $160,000)  (not rented/no income) | | | 160,000.00 | 1,032,914.00 |
| Single family residence with land, located at 946 61st Street, Oakland, California (Debtors's value-$170,000; Patty Flores, realtor, value-$203,900-$275,000; David Eckert, realtor, value-$289,000) (APNs 016-1436-010) (not rented/no income) | | | 203,900.00 | 38,149.94 |
| Single family residence/used as duplex, located at 886 McElroy, Oakland (APNs 006-0035-020). (Debtors's value-$185,000; Patty Flores, realtor, value-$193,000; David Eckert, realtor, value-$139,000) (Debtor believes property to be rented by RMD Services, property management company) | | | 185,000.00 | 1,019,508.77 |
| Single family residnece, located at 1784 9th Street, Oakland, California (APNs 06-0033-023) (Debtors's value-$275,000; Patty Flores, realtor, value-$250,000-$275,000; David Eckert, realtor, value-$189,000) (Debtor believes to be rented through RMD Services, property management services) | | | 250,000.00 | 1,292,932.76 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

3

IN RE Rosenau Investments, Inc.          Case No. 2009-42219
<br>_____
<br>                 Debtor(s)                                  (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Well Fargo Bank Checking account #XXXXXX6248 (Pepper Tree account)**<br><br>**Wells Fargo Bank Checking account #XXXXXX1446 (Rosenau Investments)** | | 16,840.00<br><br>56,967.32 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2009 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE Rosenau Investments, Inc.                                           Case No. 2009-42219

Debtor(s)                                                (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 1/6 interest in promissory note from Violet Manor, Inc., secured by first deed of trust against West Street vacant lots (APN 104-390-081). (Amount owed on promissory note $193,550, principal only; value of the collateral is $85,000 (Debtor's valuation of collateral; $85,000 x 1/6) | | 14,166.67 |
| | | 37.87% of promissory note for $550,076.15 from 3201 Appian Way, LLC, secured a first deed of trust against vacant lot on Shasta View (APNs 108-150-006/007), Redding, California (APNs 108-150-006/007). (Debtor's estimate of value of collateral-$200,000; $200,000 x 37.87% equals Debtor's share) | | 75,740.00 |
| | | American Express Credit Card #XXXX-XXXXXX4005 Credit Balance | | 151.00 |
| | | Claim against good faith money-1620 17th Street | | 1,500.00 |
| | | Claim against good faith money-1784 9th Street | | 1,000.00 |
| | | Claim against good faith money-7832 Ney Avenue | | 1,000.00 |
| | | Claim against good faith money-886 McElroy | | 1,000.00 |
| | | Claim against good faith money-98th Street | | 1,500.00 |
| | | Promissory note from Violet Plaza, LLC, for $1,742,800 secured by first deed of trust against 4550 and 4580 Cedars Road (APNs 108-150-001/006/007) (undeveloped property) and a fourth deed of trust against vacant property on Shasta View properties (APNS 110-020-001, 110-020-037, 110-020-038 and 110-020-061). (Debtor's estimate of Cedar Road Properties-$600,000; Mike Rossiter, realtor, value-$650.000; Debtor believes there is no equity in the Shasta View property to support its fourth deed of trust) (currently in the possession of the Alameda County Sheriff's Office, pursuant to Writ of Attachment served by Rex and Jill Nicodemus) | | 650,000.00 |
| | | Promissory note secured by first deed of trust against 772 and 774 Lake Blvd., Redding, California. (APNs 113-100-013 and 114-130-014). (Undevleoped land) (Debtors estimate of value of collateral-$100,000; Mike Rossiter, realtor's, value-$100,000). Borrowers Rosenau Larr LLC (company by Bob Rosenau Jr. and Jeff Lahr)-amount owed $421,183.56 | | 100,000.00 |
| | | Promissory note secured by third deed of trust agianst 6016 Alisal, Pleasanton, California. Fair market value of the property (Debtor's estimate) $1.1 millions; prior encumberances total approximately $1.3 million. Borrower William Toomey, amount owed $494,733.33. Debtor considers this note valueless.) | | 0.00 |
| | | Promissory notes (three) notes secured first and second deed | | 400,000.00 |

© 1993-2009 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE **Rosenau Investments, Inc.** _____ Case No. **2009-42219** _____

<div align="center">Debtor(s)                                           (If known)</div>

<div align="center">

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

</div>

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | of trusts against 893 27th Street, and against 2542 Market Street, Oakland, California. (Debtors's value-$400,000; Patty Flores, realtor, value-$281,000; David Eckert, realtor, value-$414,000); Borrower is Ms. Chong Han; amount owed is $807,676.08. Debtor does not believe that the borrower has the ability to pay a deficiency judgment. | | |
| | | Uncollected judgement against Terry Finney | | 4,000.00 |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | Cause of action against RMD for accounting | | unknown |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Cause of action for malpractice, accounting and disclosure of information against Tom Kurth | | unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | 2004 Toyota Sienna Van (Kelly Blue Book, Private Party value) | | 11,610.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Inventory & supplies | | 200.00 |
| | | Office equipment (3 desks, 3 computers, 8 chairs, 3 printers, 1 combination printer/copier/fax machine) | | 800.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Rosenau Investments, Inc.                                    Case No. 2009-42219
                          Debtor(s)                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **1,336,474.99** |

© 1993-2009 EZ-Fling, Inc. (1-800-998-2424) - Forms Software Only

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____0_ continuation sheets attached

IN RE **Rosenau Investments, Inc.**                                        Case No. **2009-42219**
<span style="margin-left:5em">Debtor(s)</span>                                                 (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:             ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Rosenau Investments, Inc.</u>                                     Case No. <u>2009-42219</u>
<center>Debtor(s)</center>                                                            (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2766** <br><br>**City Of Oakland** <br>**Community & Economic Development Agency** <br>**250 Frank H. Ogawa Plaza, Room 2340** <br>**Oakland, CA 94612** | | | **2009: Invoice for Code Violations (7832 Ney Avenue, Oakland, California);** <br><br><br> VALUE $ **160,000.00** | | | X | **964.00** | |
| ACCOUNT NO. **8220** <br><br>**City Of Oakland** <br>**CEDA Building Services** <br>**250 Frank H. Ogawa Pl., Rm 2340** <br>**Oakland, CA 94612** | | | **2009: Priority Lien and Special Assessment--7832 Ney Avenue** <br><br><br> VALUE $ **1,000.00** | | | X | **2,536.00** | **1,536.00** |
| ACCOUNT NO. **6311** <br><br>**City Of Oakland** <br>**Mandatory Garbage Section** <br>**150 Frank H. Ogawa Pl., Suite 5342** <br>**Oakland, CA 94612** | | | **2009: Delinquent refuse service--1250 98th Avenue** <br><br><br> VALUE $ **200,000.00** | | | X | **368.18** | |
| ACCOUNT NO. **3907** <br><br>**City Of Oakland** <br>**Mandatory Garbage Section** <br>**150 Frank H. Ogawa Plz, Sutie 5342** <br>**Oakland, CA 94612** | | | **2009: Refuse lien--9425 Peach Street (See also Instrument Nos. 2009333697,2009333454, 2009259937, 200959560, 20092594742009120383, 2009120176)2009119943)** <br> VALUE $ **274,000.00** | | | X | **1,554.50** | |

<u>12</u> continuation sheets attached

|  | Subtotal<br>(Total of this page) | $ **5,422.68** | $ **1,536.00** |
|---|---|---|---|
|  | Total<br>(Use only on last page) | $ | $ |
|  |  | (Report also on Summary of Schedules ) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

<center>9</center>

IN RE <u>Rosenau Investments, Inc.</u>                                                    Case No. <u>2009-42219</u>
_____                       _____
                        Debtor(s)                                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8743<br><br>**City Of Oakland**<br>**CEDA Building Services**<br>**250 Frank H. Ogawa Pl., Rm 2340**<br>**Oakland, CA  94612** | | | **2009: Abatemant action against 946 61st Street, Oakland**<br><br><br>VALUE $ **203,900.00** | | | X | 1,808.00 | |
| ACCOUNT NO. 3302<br><br>**City Of Oakland**<br>**CEDA Building Services**<br>**250 Frank H. Ogawa Pl., Rm 2340**<br>**Oakland, CA  94612** | | | **2009: Refuse lien--1620 17th Street**<br><br><br>VALUE $ **70,000.00** | | | X | 209.09 | |
| ACCOUNT NO. 3697<br><br>**City Of Oakland**<br>**Mandatory Garbage Section**<br>**150 Frank H. Ogawa Pl., Rm 2340**<br>**Oakland, CA  94612** | | | **2009: Refuse lien against 9425 Peach Street, Oakland**<br><br><br>VALUE $ | | | X | 1,243.00 | 1,243.00 |
| ACCOUNT NO. 8662<br><br>**City Of Oakland**<br>**CEDA Building Services**<br>**250 Frank H. Ogawa Pl., Rm 2340**<br>**Oakland, CA  94612** | | | **200: Priority Lien and Special Assessment--946 61st Street, Oakland**<br><br><br>VALUE $ **203,900.00** | | | X | 17,147.00 | |
| ACCOUNT NO. 8124<br><br>**City Of Oakland**<br>**CEDA Building Services**<br>**250 Frank H. Ogawa Pl., Rm 2340**<br>**Oakland, CA  94612** | | | **2009; Abatment proceeding--946 61st Street, Oakland**<br><br><br>VALUE $ **203,900.00** | | | X | 2,478.00 | |
| ACCOUNT NO. 7107<br><br>**City Of Oakland**<br>**CEDA Code Complaince**<br>**250 Frank H. Ogawa Pl., Rm 2340**<br>**Oakland, CA  94612** | | | **2007: Prospective lien and Special Assessment--946 61st Street**<br><br><br>VALUE $ **203,900.00** | | | X | 10,000.00 | |

Sheet no. _____**1** of _____**12** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ 32,885.09 | $ 1,243.00 |
| Total (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules ) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data ) |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Rosenau Investments, Inc.</u>            Case No. <u>2009-42219</u>

<div align="center">Debtor(s)                                          (If known)</div>

<div align="center">

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3961**<br>**City Of Oakland**<br>**CEDA Building Services**<br>**250 Frank H. Ogawa Pl., Rm 2340**<br>**Oakland, CA 94612** | | | **2007: Priority Lien and Special Assessment--946 61st Street**<br><br>VALUE $ **203,900.00** | | | X | 4,114.65 | |
| ACCOUNT NO. **6739**<br>**City Of Oakland**<br>**CEDA Building Services**<br>**250 Frank H. Ogawa Pl., Rm 2340**<br>**Oakland, CA 94612** | | | **2006: Priority Lien and Special Assessment--946 61st Street**<br><br>VALUE $ | | | X | 1,684.00 | 1,684.00 |
| ACCOUNT NO. **2294**<br>**City Of Oakland**<br>**CEDA Building Services**<br>**250 Frank H. Ogawa Pl., Rm 2340**<br>**Oakland, CA 94612** | | | **2006: Priority Lien and Special Assessment--946 61st Street**<br><br>VALUE $ | | | X | 1,749.00 | 1,749.00 |
| ACCOUNT NO. **1510**<br>**City Of Oakland**<br>**CEDA Building Services**<br>**250 Frank H. Ogawa Pl., Rm 2340**<br>**Oakland, CA 94612** | | | **2009: Priority Lien and Special Assessment--946 61st Street**<br><br>VALUE $ **1,500.00** | | | X | 2,563.00 | 1,063.00 |
| ACCOUNT NO. **6867**<br>**City Of Oakland**<br>**CEDA Building Services**<br>**250 Frank H. Ogawa Pl., Rm 2340**<br>**Oakland, CA 94612** | | | **2009: Priority Lien and Special Assessment--1620 17th Street**<br><br>VALUE $ **70,000.00** | | | X | 5,000.00 | |
| ACCOUNT NO. **2943**<br>**City Of Oakland**<br>**CEDA Building Services**<br>**250 Frank H. Ogawa Pl., Rm 2340**<br>**Oakland, CA 94612** | | | **2009: Priority Lien and Special Assessment--1620 17th Street**<br><br>VALUE $ **1,500.00** | | | X | 1,872.00 | 1,872.00 |

Sheet no. _____**2** of _____**12** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) $ **16,982.65**    $ **6,368.00**

Total
(Use only on last page) $       $

(Report also on Summary of Schedules )

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Rosenau Investments, Inc.</u>　　　　　　　　　　Case No. <u>2009-42219</u>
　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7242** <br><br>**City Of Oakland CEDA Building Services 250 Frank H. Ogawa Pl., Rm 2340 Oakland, CA  94612** | | | **2009: Priority Lien and Special Assessment--1620 17th Street** <br><br><br> VALUE $ **1,500.00** | | | X | 2,611.00 | 2,611.00 |
| ACCOUNT NO. **6987** <br><br>**City Of Oakland Mandatory Garbarage Section 150 Frank H. Ogawa Pl., Suite 5342 Oakland, CA  94612** | | | **2009: Refuse lien--1620 17th Street** <br><br><br> VALUE $ **70,000.00** | | | X | 323.22 | |
| ACCOUNT NO. **8870** <br><br>**City Of Oakland CEDA Building Services 250 Frank H. Ogawa Pl., Rm 2340 Oakland, CA  94612** | | | **2009: Priority Lien and Special Assessment--1620 17th Street** <br><br><br> VALUE $ **70,000.00** | | | X | 1,901.00 | |
| ACCOUNT NO. **1540** <br><br>**City Of Oakland CEDA Building Services 250 Frank H. Ogawa Pl., Rm 2340 Oakland, CA  94612** | | | **2009: Priority Lien and Special Assessment--7832 Ney Avenue** <br><br><br> VALUE $ **70,000.00** | | | X | 2,171.00 | |
| ACCOUNT NO. **8061** <br><br>**City Of Oakland CEDA Building Services 250 Frank H. Ogawa Pl., Rm 2340 Oakland, CA  94612** | | | **2009: Priority Lien and Special Assessment--886 McElroy** <br><br><br> VALUE $ **185,000.00** | | | X | 2,804.00 | |
| ACCOUNT NO. **7368** <br><br>**City Of Oakland CEDA Building Services 250 Frank H. Ogawa Pl., Rm 2340 Oakland, CA  94612** | | | **2009: Priority Lien and Special Assessment--886 McElroy** <br><br><br> VALUE $ **185,000.00** | | | X | 2,536.00 | |

Sheet no. ___**3** of ___**12** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **12,346.22** | $ **2,611.00**

Total (Use only on last page) $ _____ | $ _____

(Report also on Summary of Schedules )　　(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data )

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Rosenau Investments, Inc.</u>            Case No. <u>2009-42219</u>

<div align="center">Debtor(s)            (If known)</div>

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2659**<br>**City Of Oakland**<br>**CEDA Building Services**<br>**250 Frank H. Ogawa Pl., Rm 2340**<br>**Oakland, CA  94612** | | | **2009: Refuse lien--1250 98th Avenue**<br><br>VALUE $ **185,000.00** | | | X | 368.12 | |
| ACCOUNT NO. **8920**<br>**City Of Oakland**<br>**CEDA Building Services**<br>**250 Frank H. Ogawa Pl., Rm 2340**<br>**Oakland, CA  94612** | | | **2009: Priority Lien-1427 Willow Street**<br><br>VALUE $ **90,000.00** | | | X | 50,000.00 | |
| ACCOUNT NO. **8920**<br>**City Of Oakland**<br>**CEDA Building Services**<br>**250 Frank H. Ogawa Pl., Rm 2340**<br>**Oakland, CA  94612** | | | **2009: Prospective Lien and Special Assessment--1427 Willow Street**<br><br>VALUE $ **90,000.00** | | | X | 50,000.00 | 11,565.40 |
| ACCOUNT NO. **1202**<br>**County Of Alameda**<br>**Office Of The Assessor**<br>**1221 Oak Street, Room 145**<br>**Oakland, CA  94612-4288** | | | **2009:  Property Tax for 1254 - 98th Avenue, Oakland, California;**<br><br>VALUE $ **200,000.00** | | | | 5,770.45 | |
| ACCOUNT NO. **3520**<br>**County Of Alameda**<br>**Office Of The Assessor**<br>**1221 Oak Street, Room 145**<br>**Oakland, CA  94612-4288** | | | **2009:  Property Tax for 886 McElroy Street, Oakland, California;**<br><br>VALUE $ **185,000.00** | | | | 6,159.36 | |
| ACCOUNT NO. **0603**<br>**County Of Alameda**<br>**Office Of The Assessor**<br>**1221 Oak Street, Rm 145**<br>**Oakland, CA  94612-4288** | | | **2008/2009: Ad Valorem Real Property Taxes for 1620 17th Street, Oakland, California**<br><br>VALUE $ **70,000.00** | | | | 3,138.11 | |

Sheet no. _____ **4** of _____ **12** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)    $ **115,436.04**    $ **11,565.40**

Total (Use only on last page)    $    $

(Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

*(left margin: © 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only)*

IN RE **Rosenau Investments, Inc.** _____ Case No. **2009-42219** _____

<div align="center">Debtor(s)          (If known)</div>

<div align="center">

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3023**<br>**County Of Alameda**<br>**Office Of The Assessor**<br>**1221 Oak Street, Rm 145**<br>**Oakland, CA  94612-4288** | | | **2008/2009: Ad Valorem Real Property Taxes for 1784 19th Street, Oakland, California**<br><br>VALUE $ **250,000.00** | | | | 2,415.19 | 2,415.19 |
| ACCOUNT NO. **6010**<br>**County Of Alameda**<br>**Office Of The Assessor**<br>**1221 Oak Street, Rm 145**<br>**Oakland, CA  94612-4288** | | | **2008/2009: Ad Valorem Real Property Taxes for 946 61st Street, Oakland, California**<br><br>VALUE $ **203,900.00** | | | | 2,602.29 | |
| ACCOUNT NO. **4009**<br>**County Of Alameda**<br>**Office Of The Assessor**<br>**1221 Oak Street, Rm 145**<br>**Oakland, CA  94612-4288** | | | **2008/2009: Ad Valorem Real Property Taxes**<br><br>VALUE $ **274,000.00** | | | | 10,076.84 | |
| ACCOUNT NO. **1028**<br>**County Of Alameda**<br>**Office Of The Assessor**<br>**1221 Oak Street, Rm 145**<br>**Oakland, CA  94612-4288** | | | **Unknown: Ad Valorem Real Property Taxes for Ney Avenue**<br><br>VALUE $ **160,000.00** | | | | 24,308.71 | |
| ACCOUNT NO. **1002**<br>**County Of Alameda**<br>**Office Of The Assessor**<br>**1221 Oak Street, Rm 145**<br>**Oakland, CA  94612-4288** | | | **2008/2009: Ad Valorem Real Property Taxes for Willow Street, Oakland**<br><br>VALUE $ **90,000.00** | | | | 1,565.40 | |
| ACCOUNT NO. **None**<br>**Gus Vasilakis**<br>**1985 Revocable Trust**<br>**7420 Danish Lane**<br>**Redding, CA  96002** | | | **2008: Remodeling monies for 1784 9th Street, Oakland, California (principal only)**<br><br>VALUE $ **250,000.00** | | | | 134,200.00 | |

Sheet no. _____**5** of _____**12** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ **175,168.43** | $ **2,415.19** |
| Total (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

<div align="right">© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

IN RE **Rosenau Investments, Inc.**            Case No. **2009-42219**

<p style="text-align:center">Debtor(s)                      (If known)</p>

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None**<br><br>**Gus Vasilakis & Kathleen Vasilakis 1985 Revocable Living Trust 7420 Danish Lane Redding, CA 96002** | | | **Date Unknown: 9th Street, Oakland, California;**<br><br>VALUE $ **250,000.00** | | | | **148,676.28** | **32,876.28** |
| ACCOUNT NO. **None**<br><br>**James T. Hull, Sr. 4617 Underwood Blvd. Redding, CA 96003** | | | **2008: Remodel of 17105 Marianas Way, Cottonwood, California;**<br><br>VALUE $ **57,000.00** | | | | **57,000.00** | |
| ACCOUNT NO. **None**<br><br>**Leanne F. Weber 2530 Templeton Drive Redding, CA 96002** | | | **6/9/03: 1784 - 9th Street, Oakland, California; (Temporary Protective Order, September 14, 2009--CCP 486.110)**<br><br>VALUE $ **3,774,000.00** | | | X | **19,053.07** | |
| ACCOUNT NO. **None**<br><br>**Leanne F. Weber 2530 Templeton Drive Redding, CA 96002** | | | **12/9/03: Pepper Tree Inn (Temporary Protective Order, September 14, 2009--CCP 486.110)**<br><br>VALUE $ **3,774,000.00** | | | X | **18,825.36** | |
| ACCOUNT NO. **None**<br><br>**Leanne F. Weber 2530 Templeton Drive Redding, CA 96002** | | | **1/21/04: 1427 Willow Street, Oakland, California; (Temporary Protective Order, September 14, 2009--CCP 486.110)**<br><br>VALUE $ **3,774,000.00** | | | X | **12,036.88** | |
| ACCOUNT NO. **None**<br><br>**Leanne F. Weber 2530 Templeton Drive Redding, CA 96002** | | | **6/1/07: Buckeye Pines, Redding, California; ((Temporary Protective Order, September 14, 2009--CCP 486.110)**<br><br>VALUE $ **3,774,000.00** | | | X | **36,123.06** | |

Sheet no. ____**6** of ____**12** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)    $ **291,714.65**    $ **32,876.28**

Total (Use only on last page)    $    $

(Report also on Summary of Schedules )

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data )

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Rosenau Investments, Inc.**                                        Case No. **2009-42219**
_____                                      _____
                          Debtor(s)                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None** <br><br> **Leanne F. Weber 2530 Templeton Drive Redding, CA  96002** | | | 6/1/07:  4550 & 4580 Cedars Road, Redding, California; (Temporary Protective Order, September 14, 2009--CCP 486.110) <br><br> VALUE $ **3,774,000.00** | | | X | 24,079.97 | |
| ACCOUNT NO. **None** <br><br> **Melvin & Virginia Hendrickson 1992 Revocable Living Trust 2679 Pacific Avenue Redding, CA  96002** | | | 6/3/03:  1784 - 9th Street, Oakland, California; (Temporary Protective Order, September 14, 2009--CCP 486.110) <br><br> VALUE $ **3,774,000.00** | | | X | 80,981.78 | |
| ACCOUNT NO. **None** <br><br> **Melvin & Virginia Hendrickson 1992 Revocable Living Trust 2679 Pacific Avenue Redding, CA  96002** | | | 7/7/05:  Oakdale Avenue (Lots), Oakland, California; (Temporary Protective Order, September 14, 2009--CCP 486.110) <br><br> VALUE $ **3,774,000.00** | | | X | 96,332.30 | |
| ACCOUNT NO. **None** <br><br> **Melvin & Virginia Hendrickson 1992 Revocable Living Trust 2679 Pacific Avenue Redding, CA  96002** | | | Date Unknown:  1427 Willow Street, Oakland, California; (Temporary Protective Order, September 14, 2009--CCP 486.110) <br><br> VALUE $ **3,774,000.00** | | | X | 102,350.74 | |
| ACCOUNT NO. **None** <br><br> **Melvin & Virginia Hendrickson 1992 Revocable Living Trust 2679 Pacific Avenue Redding, CA  96002** | | | 2/1/06:  Pepper Tree Inn (Temporary Protective Order, September 14, 2009--CCP 486.110) <br><br> VALUE $ **3,774,000.00** | | | X | 58,501.49 | |
| ACCOUNT NO. **None** <br><br> **Melvin & Virginia Hendrickson 1992 Revocable Living Trust 2679 Pacific Avenue Redding, CA  96002** | | | 3/16/06: 772-774 Lake Blvd., Redding, California; <br><br> VALUE $ **3,774,000.00** | | | X | 234,024.59 | |

Sheet no. _____**7** of _____**12** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ **596,270.87** | $ |
| Total (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Rosenau Investments, Inc.
Debtor(s)

Case No. 2009-42219
(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None** <br> **Melvin & Virginia Hendrickson 1992 Revocable Living Trust 2679 Pacific Avenue Redding, CA 96002** | | | Date Unknown: 886 McElroy Street, Oakland, California; (Temporary Protective Order, September 14, 2009--CCP 486.110) <br><br> VALUE $ 3,774,000.00 | | | X | 29,247.64 | |
| ACCOUNT NO. **None** <br> **Melvin & Virginia Hendrickson 1992 Revocable Living Trust 2679 Pacific Avenue Redding, CA 96002** | | | 2/1/08: 17105 Marianas Way, Cottonwood, California; (Temporary Protective Order, September 14, 2009--CCP 486.110) <br><br> VALUE $ 3,774,000.00 | | | X | 52,650.72 | |
| ACCOUNT NO. **None** <br> **Melvin & Virginia Hendrickson 1992 Revocable Living Trust 2679 Pacific Avenue Redding, CA 96002** | | | 12/1/06: Oakdale Avenue (Lots), Oakland, California; (Temporary Protective Order, September 14, 2009--CCP 486.110) <br><br> VALUE $ 3,774,000.00 | | | X | 58,501.49 | |
| ACCOUNT NO. **None** <br> **Melvin & Virginia Hendrickson 1992 Revocable Living Trust 2679 Pacific Avenue Redding, CA 96002** | | | 4/17/07: 9425 Peach Street, Oakland, California; (Temporary Protective Order, September 14, 2009--CCP 486.110) <br><br> VALUE $ 3,774,000.00 | | | X | 60,203.03 | |
| ACCOUNT NO. **None** <br> **Melvin & Virginia Hendrickson 1992 Revocable Living Trust 2679 Pacific Avenue Redding, CA 96002** | | | 7/18/07: 7832 Ney Avenue, Oakland, California; (Temporary Protective Order, September 14, 2009--CCP 486.110) <br><br> VALUE $ 3,774,000.00 | | | X | 66,227.68 | |
| ACCOUNT NO. **None** <br> **Melvin & Virginia Hendrickson 1992 Revocable Living Trust 2679 Pacific Avenue Redding, CA 96002** | | | 7/23/07: Buckeye Pines, Redding, California; (Temporary Protective Order, September 14, 2009--CCP 486.110) <br><br> VALUE $ 474,000.00 | | | X | 36,123.06 | |

Sheet no. __8__ of __12__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) $ 302,953.62 $

Total
(Use only on last page) $ $

(Report also on Summary of Schedules )

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data )

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Rosenau Investments, Inc.</u>                                    Case No. <u>2009-42219</u>
                     Debtor(s)                                                            (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None**<br>**Nicodemus Family 2006 Trust**<br>**Rex & Jill Nicodemus, Trustees**<br>**855 Boulder Lane**<br>**Lincoln, CA  95648** | | | **7/12/04:  Buckeye Pines, Redding, California**<br>**(TPO/Writ of Attachment)**<br><br>VALUE $ **650,000.00** | | | X | **120,412.27** | |
| ACCOUNT NO. **None**<br>**Nicodemus Family 2006 Trust**<br>**Rex & Jill Nicodemus, Trustees**<br>**855 Boulder Lane**<br>**Lincoln, CA  95648** | | | **10/12/04: 946 - 61st Street, Oakland, California;**<br>**(TPO/Writ of Attachment)**<br><br>VALUE $ **650,000.00** | | | X | **72,246.12** | |
| ACCOUNT NO. **None**<br>**Nicodemus Family 2006 Trust**<br>**Rex & Jill Nicodemus, Trustees**<br>**855 Boulder Lane**<br>**Lincoln, CA  95648** | | | **6/1/07:  4550 & 4580 Cedars Road, Redding, California;**<br>**(TPO/Writ of Attachment)**<br><br>VALUE $ **650,000.00** | | | X | **481,661.50** | **24,319.89** |
| ACCOUNT NO. **5000**<br>**Shasta County Tax Collector**<br>**P.O. Box 991830**<br>**Redding, CA  96099-1830** | | | **2008-2009:  Property Taxes for Buckeye Pines Subdivision**<br><br>VALUE $ **735,000.00** | | | | **1,189.06** | |
| ACCOUNT NO. **4000**<br>**Shasta County Tax Collector**<br>**P.O. Box 991830**<br>**Redding, CA  96099-1830** | | | **2008-2009:  Property Taxes for Buckeye Pines Subdivision**<br><br>VALUE $ **735,000.00** | | | | **1,189.06** | |
| ACCOUNT NO. **6000**<br>**Shasta County Tax Collector**<br>**P.O. Box 991830**<br>**Redding, CA  96099-1830** | | | **2008-2009:  Property Taxes for Buckeye Pines Subdivision**<br><br>VALUE $ **735,000.00** | | | | **1,189.06** | |

Sheet no. _____**9**__ of ____**12**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)  $ **677,887.07** | $ **24,319.89**

Total (Use only on last page)  $ | $

(Report also on Summary of Schedules )

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data )

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Rosenau Investments, Inc.</u>                    Case No. <u>2009-42219</u>
                   Debtor(s)                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7000**<br><br>**Shasta County Tax Collector**<br>**P.O. Box 991830**<br>**Redding, CA 96099-1830** | | | **2008-2009: Property Taxes for Buckeye Pines Subdivision**<br><br><br>VALUE $ **735,000.00** | | | | **1,189.06** | |
| ACCOUNT NO. **8000**<br><br>**Shasta County Tax Collector**<br>**P.O. Box 991830**<br>**Redding, CA 96099-1830** | | | **2008-2009: Property Taxes for Buckeye Pines Subdivision**<br><br><br>VALUE $ **735,000.00** | | | | **1,189.06** | |
| ACCOUNT NO. **9000**<br><br>**Shasta County Tax Collector**<br>**P.O. Box 991830**<br>**Redding, CA 96099-1830** | | | **2008-2009: Property Taxes for Buckeye Pines Subdivision**<br><br><br>VALUE $ **735,000.00** | | | | **1,189.06** | |
| ACCOUNT NO. **0000**<br><br>**Shasta County Tax Collector**<br>**P.O. Box 991830**<br>**Redding, CA 96099-1830** | | | **2008-2009: Property Taxes for Buckeye Pines Subdivision**<br><br><br>VALUE $ **735,000.00** | | | | **1,201.58** | |
| ACCOUNT NO. **1000**<br><br>**Shasta County Tax Collector**<br>**P.O. Box 991830**<br>**Redding, CA 96099-1830** | | | **2008-2009: Property Taxes for Buckeye Pines Subdivision**<br><br><br>VALUE $ **735,000.00** | | | | **1,201.58** | |
| ACCOUNT NO. **2000**<br><br>**Shasta County Tax Collector**<br>**P.O. Box 991830**<br>**Redding, CA 96099-1830** | | | **2008-2009: Property Taxes for Buckeye Pines Subdivision**<br><br><br>VALUE $ **735,000.00** | | | | **1,201.58** | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. ____**10**__ of ____**12**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | $ **7,171.92** | $ |
|---|---|---|---|
|  | Total (Use only on last page) | $ | $ |

(Report also on Summary of Schedules )   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

**IN RE** <u>Rosenau Investments, Inc.</u>                          Case No. <u>2009-42219</u>
_____
Debtor(s)                                                                    (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3000**<br><br>**Shasta County Tax Collector**<br>**P.O. Box 991830**<br>**Redding, CA 96099-1830** | | | **2008-2009: Property Taxes for Buckeye Pines Subdivision**<br><br><br>VALUE $ **735,000.00** | | | | 1,189.06 | |
| ACCOUNT NO. **4000**<br><br>**Shasta County Tax Collector**<br>**P.O. Box 991830**<br>**Redding, CA 96099-1830** | | | **2008-2009: Property Taxes for Buckeye Pines Subdivision**<br><br><br>VALUE $ **735,000.00** | | | | 2,809.13 | |
| ACCOUNT NO. **5000**<br><br>**Shasta County Tax Collector**<br>**P.O. Box 991830**<br>**Redding, CA 96099-1830** | | | **2008-2009: Property Taxes for Buckeye Pines Subdivision**<br><br><br>VALUE $ **735,000.00** | | | | 1,189.06 | |
| ACCOUNT NO. **6000**<br><br>**Shasta County Tax Collector**<br>**P.O. Box 991830**<br>**Redding, CA 96099-1830** | | | **2008-2009: Property Taxes for Buckeye Pines Subdivision**<br><br><br>VALUE $ **735,000.00** | | | | 1,189.06 | |
| ACCOUNT NO. **7000**<br><br>**Shasta County Tax Collector**<br>**P.O. Box 991830**<br>**Redding, CA 96099-1830** | | | **2008-2009: Property Taxes for Buckeye Pines Subdivision**<br><br><br>VALUE $ **735,000.00** | | | | 1,189.06 | |
| ACCOUNT NO. **8000**<br><br>**Shasta County Tax Collector**<br>**P.O. Box 991830**<br>**Redding, CA 96099-1830** | | | **2008-2009: Property Taxes for Buckeye Pines Subdivision**<br><br><br>VALUE $ **735,000.00** | | | | 1,189.06 | |

Sheet no. ___**11**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)   $   **8,754.43**   $

Total
(Use only on last page)   $                         $

(Report also on Summary of Schedules )

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data )

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Rosenau Investments, Inc.</u>                                                  Case No. <u>2009-42219</u>

                          Debtor(s)                                                      (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9000**<br><br>**Shasta County Tax Collector**<br>**P.O. Box 991830**<br>**Redding, CA 96099-1830** | | | **2008-2009: Property Taxes for Buckeye Pines Subdivision**<br><br><br>VALUE $ **735,000.00** | | | | 1,189.06 | |
| ACCOUNT NO. **None**<br><br>**Weber Family Trust**<br>**William Weber & Leanne Weber, Trustees**<br>**2530 Templeton Drive**<br>**Redding, CA 96002** | | | **3/29/07: 6016 Alisal Street, Pleasanton, California;**<br><br><br>VALUE $ **3,774,000.00** | | | X | 58,501.49 | |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |

Sheet no. ___**12**___ of ___**12**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | $ **59,690.55** | $ |
|---|---|---|---|
|  | Total (Use only on last page) | $ **2,302,684.22** | $ **82,934.76** |

(Report also on Summary of Schedules )        (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data )

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Rosenau Investments, Inc.</u>      Case No. <u>2009-42219</u>
Debtor(s)           (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___ **3** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Rosenau Investments, Inc.</u>

Debtor(s)

Case No. <u>2009-42219</u>

(If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

## Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None** <br> **Ana Laura Cuautle** <br> **138 Golden Sands Drive** <br> **Palm Springs, CA  92262** | | | **2009: Wages** | | | | **273.00** | **273.00** | |
| ACCOUNT NO. **None** <br> **Gabbi Cuautle** <br> **66030 Flora Avenue** <br> **Desert Hot Springs, CA  92240** | | | **2009: Wages** | | | | **168.00** | **168.00** | |
| ACCOUNT NO. **None** <br> **Lorena Lopez** <br> **4020 Calle De Ricardo, Apt. 4** <br> **Palm Springs, CA** | | | **2009: Wages** | | | | **680.62** | **680.62** | |
| ACCOUNT NO. **None** <br> **Maria Catalina Valdez** <br> **3894 Calle Del Carlos** <br> **Palm Springs, CA  92264** | | | **2009: Wages** | | | | **195.00** | **195.00** | |
| ACCOUNT NO. **None** <br> **Robert R. Roseanu** <br> **3918 Eagle Parkway** <br> **Redding, CA  96001** | | | **August, September and October (1st 13 days) 2009: Wage for Robert Rosenau** | | | | **8,166.67** | **8,166.67** | |
| ACCOUNT NO. **None** <br> **Sandra E. Perez** <br> **517 Camino Parocela, Apt. A** <br> **Palm Springs, CA  92264** | | | **2009: Wages** | | | | **849.37** | **849.37** | |

Sheet no. ___**1**___ of ___**3**___ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) | $ **10,332.66** | $ **10,332.66** | $

Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $

Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE Rosenau Investments, Inc.                                    Case No. 2009-42219
                              Debtor(s)                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None** <br><br>**Steve Rizzo** <br>**622 N. Palm Canyon Drive** <br>**Palm Springs, CA  92262** | | | **2009: Wages** | | | | 2,600.00 | 2,600.00 | |
| ACCOUNT NO. **None** <br><br>**Veronica Soto** <br>**33850 Sky Blue Water Trail** <br>**Cathedral City, CA  92234** | | | **2009: Wages** | | | | 700.00 | 700.00 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __2__ of __3__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal <br>(Totals of this page) | $ 3,300.00 | $ 3,300.00 | $ |

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)  $

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)      $            $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

24

IN RE <u>Rosenau Investments, Inc.</u>
Debtor(s)

Case No. <u>2009-42219</u>
(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0000** <br><br>**City Of Palm Springs Finance Department P.O. Box 2743 Palm Springs, CA 92263-2743** | | | **September 2009: Transient Occupancy Taxes (Pepper Tree Inn)** | | | | 3,326.84 | 3,326.84 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___**3**___ of ___**3**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 3,326.84 | $ 3,326.84 | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 16,959.50 | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 16,959.50 | $ |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Rosenau Investments, Inc.                                    Case No. 2009-42219
_____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None**<br><br>**Accelerated Impact Consulting**<br>**Timothy Rayl & Nicole Rayl**<br>**P.O. Box 994784**<br>**Redding, CA  96099-4784** | | | 2/5/07:  1254 - 98th Avenue, Oakland, California; | | | | **120,412.27** |
| ACCOUNT NO. **None**<br><br>**Accelerated Impact Consulting**<br>**Timothy Rayl & Nicole Rayl, Trustees**<br>**P.O. Box 994784**<br>**Redding, CA  96099-4784** | | | 8/29/07:  Buckeye Pines | | | | **12,036.88** |
| ACCOUNT NO. **2009**<br><br>**American Express**<br>**Customer Service**<br>**P.O. Box 981535**<br>**El Paso, TX  79998-1535** | | | 2009:  Operating Expenses for Pepper Tree Inn | | | | **10,157.42** |
| ACCOUNT NO. **4005**<br><br>**American Express**<br>**Customer Service**<br>**P.O. Box 981535**<br>**El Paso, TX  79998-1535** | | | 2009:  Operating Expenses for Rosenau Investments | | | X | **unknown** |

_43_ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ | 142,606.57 |
| Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Rosenau Investments, Inc. _____ Case No. **2009-42219** _____

Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **nown**<br><br>**AT& T Mobile**<br>**P.O. Box 60017**<br>**Los Angeles, CA  90060** | | | **2009: Telephone for Pepper Tree Manager, Steve Rizzo** | | | | 77.79 |
| ACCOUNT NO. **6067**<br><br>**AT&T**<br>**Business Service**<br>**P.O. Box 78230**<br>**San Francisco, CA  94107** | | | **2009:  Operating Expense for Rosenau Investments** | | | | 337.13 |
| ACCOUNT NO. **nown**<br><br>**AT&T Wireless**<br>**P.O. Box 68058**<br>**Anaheim Hills, CA  92817** | | | **2009:  Operating Expense for Pepper Tree Inn** | | | | unknown |
| ACCOUNT NO. **None**<br><br>**Athena Munkberg**<br>**P.O. Box 494669**<br>**Redding, CA  96049-4669** | | | **11/4/05:  1427 Willow Street, Oakland, California;** | | | | 20,465.18 |
| ACCOUNT NO. **None**<br><br>**Barber Revocable Trust**<br>**Donald Barber And Nancy Barber/Trustees**<br>**3873 Wasatch Drive**<br>**Redding, CA  96001** | | | **12/1/06:  Buckeye Pines** | | | | 29,247.64 |
| ACCOUNT NO. **None**<br><br>**Barber Revocable Trust**<br>**Donald & Nancy Barber**<br>**3873 Wasatch Drive**<br>**Redding, CA  96001** | | | **12/1/06:  Pepper Tree Inn** | | | | 11,695.33 |
| ACCOUNT NO. **None**<br><br>**Benton Family Revocable Trust**<br>**Kenwood E. Benton, Trustee**<br>**P.O. Box 494041**<br>**Redding, CA  96049** | | | **2/2/07:  895 - 27th Street & Market Street, Oakland, California;** | | | | 30,098.41 |

Sheet no. ____**1** of ____**43** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **91,921.48**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Rosenau Investments, Inc.                                    Case No. 2009-42219
_____
Debtor(s)                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None** <br><br> **Betty L. Castleman Revocable Trust** <br> **C/O LeeAnn O'Brien** <br> **P.O. Box 992335** <br> **Redding, CA 96099-2335** | | | **Date Unknown: Cedars Road, Redding, California;** | | | | 48,166.15 |
| ACCOUNT NO. **None** <br><br> **Bill McMahon, CPA** <br> **280 Hemsted Drive, Suite 100** <br> **Redding, CA 96002** | | | **2009: Accounting Services for Rosenau Investments** | | | | 670.00 |
| ACCOUNT NO. **None** <br><br> **Billy Don Tharp & Mary Ann Tharp** <br> **2000 Revocable Living Trust** <br> **P.O. Box 605** <br> **Cottonwood, CA 96022** | | | **Date Unknown: 1427 Willow Street, Oakland, California;** | | | | 57,799.38 |
| ACCOUNT NO. **None** <br><br> **Billy Don Tharp & Mary Ann Tharp** <br> **2000 Revocable Living Trust** <br> **P.O. Box 605** <br> **Cottonwood, CA 96022** | | | **7/27/06: Buckeye Pines, Redding, California;** | | | | 23,396.87 |
| ACCOUNT NO. **None** <br><br> **Blue Gardner** <br> **81486 Palmyra Avenue** <br> **Indio, CA 92201** | | | **2009: Gardening services at the Pepper Tree Inn** | | | | 425.00 |
| ACCOUNT NO. **None** <br><br> **Bob Meissner** <br> **5199 Airport Road** <br> **Redding, CA 96002** | | | **7/7/05: Oakdale Avenue (Lots), Oakland, California;** | | | | 150,516.89 |
| ACCOUNT NO. **None** <br><br> **Bob Meissner** <br> **5199 Airport Road** <br> **Redding, CA 96002** | | | **11/9/05: 1784 - 9th Street, Oakland, California;** | | | | 66,685.75 |

Sheet no. ___2___ of ___43___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              $  347,660.04

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)                 $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Rosenau Investments, Inc.</u>

Debtor(s)

Case No. <u>2009-42219</u>

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None**<br><br>**Bob Meissner**<br>**5199 Airport Road**<br>**Redding, CA 96002** | | | 11/9/05: 886 McElroy Street, Oakland, California; | | | | **96,332.30** |
| ACCOUNT NO. **9274**<br><br>**Booking.Com**<br>**P.O. Box 1639**<br>**1000 BP Amsterdam**<br>**The Netherlands,** | | | 2009: Operating Expense for Pepper Tree Inn | | | | **255.00** |
| ACCOUNT NO. **None**<br><br>**Boyer 1993 Family Trust**<br>**Gerald Boyer And Barbara Boyer, Trustees**<br>**7577 White Birch Lane**<br>**Redding, CA 96002** | | | 3/1/06: Pepper Tree Inn | | | | **163,815.35** |
| ACCOUNT NO. **None**<br><br>**Boyer 1993 Family Trust**<br>**Gerald & Barbara Boyer, Trustees**<br>**7577 White Birch Lane**<br>**Redding, CA 96002** | | | 2/5/07: 1254 - 98th Avenue, Oakland, California; | | | | **60,203.03** |
| ACCOUNT NO. **None**<br><br>**Boyer 1993 Family Trust**<br>**Gerald & Barbara Boyer, Trustees**<br>**7577 White Birch Lane**<br>**Redding, CA 96002** | | | 6/1/07: 4550 & 4580 Cedars Road, Redding, California; | | | | **60,203.03** |
| ACCOUNT NO. **None**<br><br>**Bruce A. Anderson**<br>**Defined Benefit Pension Plan**<br>**8076 Macie Drive**<br>**Redding, CA 96001** | | | 6/1/07: Buckeye Pines | | | | **60,203.03** |
| ACCOUNT NO. **7750**<br><br>**Builders Supply**<br>**490 E. Sunny Dunes Road**<br>**Palm Springs, CA 92264** | | | 2009: Operating Expense for Pepper Tree Inn | | | | **unknown** |

Sheet no. _____ **3** of _____ **43** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **|$ 441,011.74**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) **|$**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Rosenau Investments, Inc.**                                    Case No. **2009-42219**
_____
                         Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM  IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None**<br>**Carol Haden Arlin**<br>**1994 Revocable Living Trust**<br>**P.O. Box 510**<br>**Grizzly Flats, CA  95636** | | | 12/1/07:  17105 Marianas Way, Cottonwood, California; | | | | 29,247.64 |
| ACCOUNT NO. **None**<br>**Carole A. Williams**<br>**515 Cessane Walk**<br>**Redding, CA  96001** | | | 2/1/06:  Pepper Tree Inn | | | | 23,396.87 |
| ACCOUNT NO. **None**<br>**Carole A. Williams**<br>**515 Cessane Walk**<br>**Redding, CA  96001** | | | 5/15/07:  Buckeye Pines, Redding, California; | | | | 6,018.44 |
| ACCOUNT NO. **None**<br>**Carole A. Williams**<br>**515 Cessane Walk**<br>**Redding, CA  96001** | | | 5/15/07:  4580 Cedars Road, Redding, California; | | | | 6,018.44 |
| ACCOUNT NO. **None**<br>**Cecilia B. Johnson**<br>**C/O Mark & Janice Gunlogson**<br>**P.O. Box 493514**<br>**Redding, CA  96049-3514** | | | 12/1/05:  Buckeye Pines, Redding, California; | | | | 62,612.89 |
| ACCOUNT NO. **None**<br>**Cecilia B. Johnson**<br>**C/O Mark & Janice Gunlogson**<br>**P.O. Box 493514**<br>**Redding, CA  96049-3514** | | | 7/18/07:  7832 Ney Avenue, Oakland, California; | | | | 36,123.06 |
| ACCOUNT NO. **None**<br>**Cecilia B. Johnson**<br>**C/O Mark & Janice Gunlogson**<br>**P.O. Box 493514**<br>**Redding, CA  96049-3514** | | | 7/19/07:  893 - 27th Street & Market Street, Oakland, California; | | | | 48,166.15 |

© 1993-2009 EZ-Fung, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. _____**4** of _____**43** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  |$ **211,583.49**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  |$

IN RE <u>Rosenau Investments, Inc.</u>                                    Case No. <u>2009-42219</u>
                             Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None** <br><br>**Cecilia B. Johnson** <br>**C/O Mark & Janice Gunlogson** <br>**P.O. Box 493514** <br>**Redding, CA 96049-3514** | | | 8/1/07: 6016 Alisal Street, Oakland, California; | | | | 134,561.50 |
| ACCOUNT NO. **None** <br><br>**Charles Price, Price/Pechanec Trust** <br>**Joan Pechanec** <br>**3883 Fujiyama Way** <br>**Redding, CA 96001** | | | 12/5/02: Pepper Tree Inn | | | | 140,830.75 |
| ACCOUNT NO. **None** <br><br>**Chris & Leah Kathryn Hooykaas** <br>**890 Redbud Drive** <br>**Redding, CA 96001** | | | 5/4/07: Buckeye Pines, Redding, California; | | | | 60,203.03 |
| ACCOUNT NO. **None** <br><br>**Chris & Leah Kathryn Hooykaas** <br>**890 Redbud Drive** <br>**Redding, CA 96001** | | | 1/18/08: Buckeye Pines, Redding, California; | | | | 60,203.03 |
| ACCOUNT NO. **None** <br><br>**Christie Zwaga** <br>**P.O. Box 494460** <br>**Redding, CA 96049-4460** | | | 7/7/05: Oakdale Avenue (Lots), Oakland, California; | | | | 30,098.41 |
| ACCOUNT NO. **None** <br><br>**Christie Zwaga** <br>**P.O. Box 494460** <br>**Redding, CA 96049-4460** | | | 4/16/07: 9425 Peach Street, Oakland, California; | | | | 42,141.50 |
| ACCOUNT NO. **8363** <br><br>**City Of Redding** <br>**P.O. Box 496081** <br>**Redding, CA 96049-6081** | | | 2009: Utilities for 1944 Lake Blvd., Redding, California; | | | | 17.78 |

Sheet no. _____**5** of _____**43** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **468,056.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Rosenau Investments, Inc. _____ Case No. 2009-42219
                        Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 3436 <br><br> County Of Riverside <br> Dept. Of Environmental Health <br> P.O. Box 7600 <br> Riverside, CA 92513 | | | 2009: Operating Expenses for Pepper Tree Inn | | | | 208.00 |
| ACCOUNT NO. nown <br><br> County Of Riverside <br> Treasurer <br> P.O. Box 12005 <br> Riverside, CA 92502 | | | 2009: Operating Expense for Pepper Tree Inn | | | | 41,286.60 |
| ACCOUNT NO. 8399 <br><br> County Of Riverside <br> Treasurer <br> P.O. Box 12005 <br> Riverside, CA 92502 | | | 2009: Operating Expense for Pepper Tree Inn (Unsecured Property Tax) | | | | unknown |
| ACCOUNT NO. None <br><br> Cynthia McCarthy <br> 20858 Clough Creek Road <br> Redding, CA 96002 | | | 10/26/05: 17105 Marianas Way, Cottonwood, California; | | | | 58,501.49 |
| ACCOUNT NO. None <br><br> Cynthia McCarthy <br> 20858 Clough Creek Road <br> Redding, CA 96002 | | | 11/9/05: 1784 - 9th Street, Oakland, California; | | | | 47,632.68 |
| ACCOUNT NO. None <br><br> Cynthia McCarthy <br> 20858 Clough Creek Road <br> Redding, CA 96002 | | | 3/1/06: Pepper Tree Inn | | | | 58,501.49 |
| ACCOUNT NO. None <br><br> Cynthia McCarthy <br> 20858 Clough Creek Road <br> Redding, CA 96002 | | | 7/1/07: Oakdale Avenue (Lots), Oakland, California | | | | 60,203.03 |

Sheet no. __6__ of __43__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 266,333.29

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE Rosenau Investments, Inc.** _____ Case No. **2009-42219**

<div align="center">Debtor(s)</div> <div align="right">(If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None** <br><br>**D.F. Ryan**<br>**C/O Thomas Kurth, CPA**<br>**P.O. Box 992335**<br>**Redding, CA  96099-2335** | | | 11/4/05:  1427 Willow Street, Oakland, California; | | | | 30,098.41 |
| ACCOUNT NO. **None** <br><br>**David & Lila Jane Gestri**<br>**2005 Revocable Living Trust**<br>**2061 Tarmac Road**<br>**Redding, CA  96003** | | | 12/20/07:  1620 - 17th Street, Oakland, California; | | | | 111,158.42 |
| ACCOUNT NO. **None** <br><br>**Dawson Family Revocable Trust 2000**<br>**Paul & Dorothy Dawson, Trustees**<br>**6475 Leonard Drive**<br>**Redding, CA  96001** | | | 11/8/05:  886 McElroy Street, Oakland, California; | | | | 48,166.15 |
| ACCOUNT NO. **None** <br><br>**Dawson Family Revocable Trust 2000**<br>**Paul & Dorothy Dawson, Trustees**<br>**6475 Leonard Drive**<br>**Redding, CA  96001** | | | 1/8/07:  Buckeye Pines | | | | 23,396.87 |
| ACCOUNT NO. **None** <br><br>**Dawson Family Revocable Trust 2000**<br>**Paul & Dorothy Dawson, Trustees**<br>**6475 Leonard Drive**<br>**Redding, CA  96001** | | | 2/5/07:  1254 - 98th Avenue, Oakland, California; | | | | 30,098.41 |
| ACCOUNT NO. **None** <br><br>**Dawson Family Revocable Trust 2000**<br>**Paul & Dorothy Dawson, Trustees**<br>**6475 Leonard Drive**<br>**Redding, CA  96001** | | | 3/1/07:  West Street (Lot), Redding, California; | | | | 29,247.64 |
| ACCOUNT NO. **None** <br><br>**Dawson Family Revocable Trust 2000**<br>**Paul & Dorothy Dawson, Trustees**<br>**6475 Leonard Drive**<br>**Redding, CA  96001** | | | 4/16/07:  9425 Peach Street, Oakland, California; | | | | 90,307.65 |

Sheet no. _____**7** of _____**43** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">

Subtotal
(Total of this page)  **$  362,473.55**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   **$**

</div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Rosenau Investments, Inc.</u>
              Debtor(s)
   Case No. <u>2009-42219</u>
          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None**<br>**Dawson Family Revocable Trust 2000**<br>**Paul & Dorothy Dawson, Trustees**<br>**6475 Leonard Drive**<br>**Redding, CA  96001** | | | 6/4/07:  4550 & 4580 Cedars Road, Redding, California; | | | | 30,098.41 |
| ACCOUNT NO. **None**<br>**Dennis J. Riley & Judith K. Riley**<br>**Revocable Living Trust Of 1988**<br>**2497 Clara Court**<br>**Redding, CA  96002** | | | 6/11/03:  1784 - 9th Street, Oakland, California; | | | | 47,632.68 |
| ACCOUNT NO. **None**<br>**Dennis J. Riley & Judith K. Riley**<br>**Revocable Living Trust Of 1988**<br>**2497 Clara Court**<br>**Redding, CA  96002** | | | 7/7/05:  Oakdale Avenue (Lots), Oakland, California; | | | | 36,123.06 |
| ACCOUNT NO. **None**<br>**Dennis J. Riley & Judith K. Riley**<br>**Revocable Living Trust Of 1988**<br>**2497 Clara Court**<br>**Redding, CA  96002** | | | 10/19/05:  17105 Marianas Way, Cottonwood, California; | | | | 70,203.03 |
| ACCOUNT NO. **None**<br>**Dennis J. Riley & Judith K. Riley**<br>**Revocable Living Trust Of 1988**<br>**2497 Clara Court**<br>**Redding, CA  96002** | | | 3/1/06:  Pepper Tree Inn | | | | 172,594.61 |
| ACCOUNT NO. **None**<br>**Dennis J. Riley & Judith K. Riley**<br>**Revocable Living Trust Of 1988**<br>**2497 Clara Court**<br>**Redding, CA  96002** | | | 12/19/06:  Buckeye Pines, Redding, California; | | | | 58,501.49 |
| ACCOUNT NO. **None**<br>**Dennis J. Riley & Judith K. Riley**<br>**Revocable Living Trust Of 1988**<br>**2497 Clara Court**<br>**Redding, CA  96002** | | | 1/31/07:  893 - 27th Street & Market Street, Oakland, California; | | | | 120,412.27 |

Sheet no. __8__ of __43__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $ **535,565.55**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Rosenau Investments, Inc.</u>          Case No. <u>2009-42219</u>

Debtor(s)                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None**<br>**Dennis J. Riley & Judith K. Riley Revocable Living Trust Of 1988 2497 Clara Court Redding, CA  96002** | | | **Date Unknown:  4550 & 4580 Cedars Road, Redding, California;** | | | | **72,246.12** |
| ACCOUNT NO. **None**<br>**Dennis J. Riley & Judith K. Riley Revocable Living Trust Of 1988 2497 Clara Court Redding, CA  96002** | | | **6/1/07:  4550 & 4580 Cedars Road, Redding, California;** | | | | **30,098.41** |
| ACCOUNT NO. **2800**<br>**Desert Water Agency P.O. Box 1710 Palm Springs, CA  92263-1710** | | | **2009:  Operating Expenses for Pepper Tree Inn** | | | | **12.00** |
| ACCOUNT NO. **2781**<br>**Desert Water Agency P.O. Box 1710 Palm Springs, CA  92263-1710** | | | **2009:  Operating Expenses for Pepper Tree Inn** | | | | **503.80** |
| ACCOUNT NO. **2761**<br>**Desert Water Agency P.O. Box 1710 Palm Springs, CA  92263-1710** | | | **2009:  Operating Expenses for Pepper Tree Inn** | | | | **39.95** |
| ACCOUNT NO. **None**<br>**Donald H. Abbett Trust Donald H. Abbett, Trustee P.O. Box 66 Shasta, CA  96087** | | | **12/01/06:  Pepper Tree Inn** | | | | **58,501.49** |
| ACCOUNT NO. **None**<br>**Donald H. Abbett Trust Donald H. Abbett P.O. Box 66 Shasta, CA  96087** | | | **12/27/07:  27th Street & Market Street, Oakland, California;** | | | | **12,036.88** |

Sheet no. _____9__ of _____43___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ **173,438.65**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Rosenau Investments, Inc.</u>          Case No. <u>2009-42219</u>

Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None**<br>**Douglas Sousa**<br>**P.O. Box 272**<br>**Shasta, CA 96087** | | | **6/8/06: Pepper Tree Inn** | | | | 29,247.64 |
| ACCOUNT NO. **None**<br>**Douglas Sousa**<br>**P.O. Box 272**<br>**Shasta, CA 96087** | | | **2/12/07: Buckeye Pines, Redding, California;** | | | | 11,695.33 |
| ACCOUNT NO. **None**<br>**Douglas Sousa**<br>**P.O. Box 272**<br>**Shasta, CA 96087** | | | **Date Unknown: 886 McElroy Street, Oakland, California;** | | | | 48,166.15 |
| ACCOUNT NO. **None**<br>**Douglas Sousa**<br>**P.O. Box 272**<br>**Shasta, CA 96087** | | | **7/18/07: 7832 Ney Avenue, Oakland, California;** | | | | 30,098.41 |
| ACCOUNT NO. **5868**<br>**EBMud**<br>**P.O. Box 1000**<br>**Oakland, CA 94649** | | | **Unknown: Water Servie for 9425 Peach Street, Oakland, California** | | | | 317.90 |
| ACCOUNT NO. **0001**<br>**Eco Lab Pest Elimination Division**<br>**P.O. Box 6007**<br>**Grand Forks, ND 58206-6007** | | | **2009: Operating Expenses for Pepper Tree Inn** | | | | 195.50 |
| ACCOUNT NO. **None**<br>**EMERX, Inc.**<br>**Profit Sharing Plan**<br>**P.O. Box 460**<br>**Palo Cedro, CA 96073** | | | **1/31/07: 895 - 27th Street & Market Street, Oakland, California;** | | | | 12,036.88 |

Sheet no. ___10___ of ___43___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   |$ **131,757.81**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   |$

© 1993-2009 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE <u>Rosenau Investments, Inc.</u>                       Case No. <u>2009-42219</u>
<div align="center">Debtor(s)                                            (If known)</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None**<br>**EMERX, Inc.**<br>**Profit Sharing Plan**<br>**P.O. Box 460**<br>**Palo Cedro, CA 96073** | | | **5/4/06: Shasta View Drive (Lots), Redding, California;** | | | | **46,799.95** |
| ACCOUNT NO. **None**<br>**Evelyn L. Brooks Estate**<br>**C/O Donna Rosenau, Executor**<br>**3918 Eagle Parkway**<br>**Redding, CA 96001** | | | **Date Unknown: Unsecured Credit Line** | | | | **367,281.04** |
| ACCOUNT NO. **7126**<br>**Farmers Insurance Group**<br>**Fire Insurance Exchange**<br>**P.O. Box 894729**<br>**Los Angeles, CA 90189-4729** | | | **2009: Insurance for 7832 Ney Street;** | | | | **523.98** |
| ACCOUNT NO. **0325**<br>**FedEx**<br>**P.O. Box 7221**<br>**Pasadena, CA 91109-7321** | | | **2009: Operating Expenses for Pepper Tree Inn** | | | | **32.46** |
| ACCOUNT NO. **nown**<br>**Fernando Francisco**<br>**66800 First Street, #1**<br>**Desert Hot Springs, CA 92240** | | | **2009: Operating Expense for Pepper Tree Inn** | | | | **195.00** |
| ACCOUNT NO. **7001**<br>**FirstComp**<br>**P.O. Box 30020**<br>**Omaha, NE 68103-1120** | | | **2009: Workers Comp Insurance** | | | | **2,861.40** |
| ACCOUNT NO. **2001**<br>**FirstComp**<br>**222 South 15th Street, Suite 1200**<br>**Omaha, NE 68102-1680** | | | **2009: Operating Expense for Rosenau Investments** | | | | **unknown** |

Sheet no. <u>**11**</u> of <u>**43**</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">Subtotal<br>(Total of this page)   |$ **417,693.83**</div>

<div align="right">Total<br>(Use only on last page of the completed Schedule F. Report also on<br>the Summary of Schedules, and if applicable, on the Statistical<br>Summary of Certain Liabilities and Related Data.)  |$</div>

© 1993-2009 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE <u>Rosenau Investments, Inc.</u>                  Case No. <u>2009-42219</u>

                         Debtor(s)                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None**<br><br>**Gale & Mary Jo Easley 1999 Rev. Trust**<br>**C/O Thomas Kurth CPA**<br>**P.O. Box 992335**<br>**Redding, CA 96099-2335** | | | **12/8/05: 1427 Willow Street, Oakland, California;** | | | | **48,166.15** |
| ACCOUNT NO. **None**<br><br>**Gale & Mary Jo Easley 1999 Rev. Trust**<br>**C/O Thomas Kurth CPA**<br>**P.O. Box 992335**<br>**Redding, CA 96099-2335** | | | **Date Unknown: 1784 - 9th Street, Oakland, California;** | | | | **38,106.15** |
| ACCOUNT NO. **None**<br><br>**Gary C. Bogle, DDS Inc.**<br>**Defined Benefit Plan**<br>**215 Cajon**<br>**Redlands, CA 92373** | | | **2/5/07: 1254 - 98th Avenue, Oakland, California;** | | | | **120,412.27** |
| ACCOUNT NO. **None**<br><br>**Gary C. Bogle, DDS Inc.**<br>**Defined Benefit Plan**<br>**215 Cajon**<br>**Redlands, CA 92373** | | | **4/16/07: 9425 Peach Street, Oakland, California;** | | | | **60,203.03** |
| ACCOUNT NO. **None**<br><br>**Gary C. Bogle, DDS Inc.**<br>**Defined Benefit Plan**<br>**215 Cajon**<br>**Redlands, CA 92373** | | | **10/15/07: Buckeye Pines** | | | | **48,166.15** |
| ACCOUNT NO. **None**<br><br>**Gayle A. Ward**<br>**Athena Munkberg**<br>**P.O. Box 494669**<br>**Redding, CA 96049-4669** | | | **7/6/06: 9th Street, Oakland, California;** | | | | **30,484.92** |
| ACCOUNT NO. **nown**<br><br>**George E. Theobald**<br>**3288 Wilshire Drive**<br>**Redding, CA 96002** | | | **2009: Operating Expense for Rosenau Investments (rent for corporate offices)** | | | | **700.00** |

Sheet no. <u>12</u> of <u>43</u> continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

             Subtotal<br>          (Total of this page) **$ 346,238.67**

Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) **$**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Rosenau Investments, Inc.</u>                                                      Case No. <u>2009-42219</u>
                                                    Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

<div style="writing-mode: vertical;">© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None**<br><br>**Gus Vasilakis & Kathleen Vasilakis 1985 Revocable Living Trust 7420 Danish Lane Redding, CA 96002** | | | 1/1/05: Pepper Tree Inn | | | | **351,039.99** |
| ACCOUNT NO. **None**<br><br>**Gus Vasilakis & Kathleen Vasilakis 1985 Revocable Living Trust 7420 Danish Lane Redding, CA 96002** | | | 11/9/05: 9th Street, Oakland, California; | | | | **71,449.03** |
| ACCOUNT NO. **None**<br><br>**Gus Vasilakis & Kathleen Vasilakis 1985 Revocable Living Trust 7420 Danish Lane Redding, CA 96002** | | | Date Unknown: 1254 - 98th Avenue, Oakland, California; | | | | **120,412.27** |
| ACCOUNT NO. **None**<br><br>**Gus Vasilakis & Kathleen Vasilakis 1985 Revocable Living Trust 7420 Danish Lane Redding, CA 96002** | | | Date Unknown: 9425 Peach Street, Oakland, California; | | | | **120,412.27** |
| ACCOUNT NO. **None**<br><br>**Harold L. Ward 4021 Hwy 99W Orland, CA 95963** | | | 5/8/03: 9th Street, Oakland, California; | | | | **14,289.81** |
| ACCOUNT NO. **None**<br><br>**Harold L. Ward 4021 Hwy 99W Orland, CA 95963** | | | 3/29/07: 6016 Alisal Street, Pleasanton, California; | | | | **40,949.18** |
| ACCOUNT NO. **7184**<br><br>**HD Facilities Maintenance P.O. Box 509058 San Diego, CA 92150** | | | 2009: Operating Expense for Pepper Tree Inn | | | | **unknown** |

Sheet no. <u>13</u> of <u>43</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   |$ **718,552.55**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   |$

IN RE **Rosenau Investments, Inc.**  Case No. **2009-42219**
_____
Debtor(s)  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1168**<br>Heartland Business Credit<br>P.O. Box 202<br>Denver, CO 80291 | | | 2009: Operating Expense for Pepper Tree Inn | | | | 440.70 |
| ACCOUNT NO. **None**<br>Hurley Family Living Trust<br>Michael & Linda Hurley, Trustees<br>3124 Inez Street<br>Redding, CA 96002 | | | Date Unknown: Buckeye Pines, Redding, California; | | | | 46,799.95 |
| ACCOUNT NO. **None**<br>Hyapa Strebe<br>P.O. Box 4144<br>Palm Springs, CA 92263 | | | 2009: Operating Expense for Pepper Tree Inn | | | | unknown |
| ACCOUNT NO. **nown**<br>Inn Quest<br>5300 W. Cypress, Suite 160<br>Tampa, FL 33607 | | | 2009: Operating Expense for Pepper Tree Inn | | | | 35.00 |
| ACCOUNT NO. **None**<br>Jane Swanson<br>6033 - 81st Place NE<br>Marysville, WA 98270 | | | Date Unknown: 9th Street, Oakland, California; | | | | 4,763.27 |
| ACCOUNT NO. **None**<br>Jane Swanson<br>6033 - 81st Place NE<br>Marysville, WA 98270 | | | 2/15/07: 1254 - 98th Avenue, Oakland, California; | | | | 24,709.97 |
| ACCOUNT NO. **None**<br>Jane Swanson<br>6033 - 81st Place NE<br>Marysville, WA 98270 | | | 2/15/07: Buckeye Pines, Redding, California; | | | | 48,166.15 |

Sheet no. **14** of **43** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **124,915.04**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE Rosenau Investments, Inc.
_____  Case No. **2009-42219**
_____
Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None** <br> **Jason Jones** <br> **P.O. Box 8865** <br> **Chico, CA 95927** | | | 10/19/05: 17105 Marianas Way, Cottonwood, California; | | | | **58,501.49** |
| ACCOUNT NO. **nown** <br> **Javier Rodriguez** <br> **DBA The Blue Gardeners** <br> **81-486 Palmyra Avenue** <br> **Indio, CA 92201** | | | 2009: Operating Expense for Pepper Tree Inn | | | | **unknown** |
| ACCOUNT NO. **None** <br> **Jim Price** <br> **19092 Nathan Way** <br> **Redding, CA 96003** | | | 2/1/04: 1427 Willow Street, Oakland, California; | | | | **12,036.88** |
| ACCOUNT NO. **None** <br> **Jim Price** <br> **19092 Nathan Way** <br> **Redding, CA 96003** | | | 6/23/05: Buckeye Pines, Redding, California; | | | | **30,098.41** |
| ACCOUNT NO. **None** <br> **Jim Price** <br> **19092 Nathan Way** <br> **Redding, CA 96003** | | | 9/14/06: Buckeye Pines, Redding, California; | | | | **29,247.64** |
| ACCOUNT NO. **None** <br> **Jim Price** <br> **19092 Nathan Way** <br> **Redding, CA 96003** | | | 5/21/07: Buckeye Pines, Redding, California; | | | | **12,036.88** |
| ACCOUNT NO. **None** <br> **Jim Price** <br> **19092 Nathan Way** <br> **Redding, CA 96003** | | | 9/11/07: Buckeye Pines, Redding, California; | | | | **18,061.53** |

Sheet no. ___**15**___ of ___**43**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) |$ **159,982.83**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) |$

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Rosenau Investments, Inc.                                    Case No. 2009-42219
_____                         _____
                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None** <br> **Jim Whalen** <br> **Mavis Whalen** <br> **1857 Alcan Drive** <br> **Medford, OR  97470** | | | **Unknown: Unknown** | | | | **unknown** |
| ACCOUNT NO. **None** <br> **John D. Haden** <br> **18005 NW Tara Street** <br> **Beaverton, OR  97006** | | | **10/2/07:  Oakdale Avenue (Lots), Oakland, California;** | | | | **12,036.88** |
| ACCOUNT NO. **None** <br> **John D. Haden** <br> **18005 NW Tara Street** <br> **Beaverton, OR  97006** | | | **10/2/07:  Buckeye Pines, Redding, California;** | | | | **66,227.68** |
| ACCOUNT NO. **None** <br> **John D. Haden** <br> **18005 NW Tara Street** <br> **Beaverton, OR  97006** | | | **12/1/07:  17105 Marianas Way, Cottonwood, California;** | | | | **29,247.64** |
| ACCOUNT NO. **None** <br> **Judy B. Reed Family Trust, U/A** <br> **Judy B. Reed, Trustee** <br> **359 Saint Augustine Drive** <br> **Chico, CA  95928** | | | **2/6/04:  1427 Willow Street, Oakland, California;** | | | | **96,332.30** |
| ACCOUNT NO. **None** <br> **Judy B. Reed Family Trust, U/A** <br> **Judy B. Reed, Trustee** <br> **359 Saint Augustine Drive** <br> **Chico, CA  95928** | | | **9/22/04:  946 - 61st Street, Oakland, California;** | | | | **114,393.83** |
| ACCOUNT NO. **None** <br> **Judy B. Reed Family Trust, U/A** <br> **Judy B. Reed, Trustee** <br> **359 Saint Augustine Drive** <br> **Chico, CA  95928** | | | **12/1/05:  1784 - 9th Street, Oakland, California;** | | | | **76,212.29** |

Sheet no. ___16___ of ___43___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | $  394,450.62 |
|---|---|---|
|  | Total | $ |

(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Rosenau Investments, Inc.</u>                                    Case No. <u>2009-42219</u>
_____
Debtor(s)                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None** <br><br> **Judy B. Reed Family Trust, U/A Judy B. Reed, Trustee 359 Saint Augustine Drive Chico, CA 95928** | | | 5/1/05:  Pepper Tree Inn | | | | 228,173.82 |
| ACCOUNT NO. **None** <br><br> **Judy B. Reed Family Trust, U/A Judy B. Reed, Trustee 359 Saint Augustine Drive Chico, CA 95928** | | | Date Unknown:  886 McElroy Street, Oakland, California; | | | | 72,246.12 |
| ACCOUNT NO. **None** <br><br> **Judy B. Reed Family Trust, U/A Judy B. Reed, Trustee 359 Saint Augustine Drive Chico, CA 95928** | | | 1/1/08:  Pepper Tree Inn | | | | 1,310,547.76 |
| ACCOUNT NO. **None** <br><br> **Judy B. Reed Family Trust, U/A Judy B. Reed, Trustee 359 Saint Augustine Drive Chico, CA 95928** | | | 1/1/08:  1620 - 17th Street, Oakland, California; | | | | 36,123.06 |
| ACCOUNT NO. **None** <br><br> **Judy B. Reed Family Trust, U/A Judy B. Reed, Trustee 359 Saint Augustine Drive Chico, CA 95928** | | | 1/1/08:  Buckeye Pines, Redding, California; | | | | 24,079.97 |
| ACCOUNT NO. **None** <br><br> **Judy B. Reed Family Trust, U/A Judy B. Reed, Trustee 359 Saint Augustine Drive Chico, CA 95928** | | | 1/1/08:  Oakdale Avenue, #2, Oakland, California; | | | | 24,079.97 |
| ACCOUNT NO. **None** <br><br> **Judy B. Reed Family Trust, U/A Judy B. Reed, Trustee 359 Saint Augustine Drive Chico, CA 95928** | | | 1/1/08:  1254 - 98th Avenue, Oakland, California; | | | | 54,184.59 |

Sheet no. ___17___ of ___43___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ 1,749,435.29

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Rosenau Investments, Inc.                                       Case No. 2009-42219
_____                              _____
                        Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None** <br> **Judy B. Reed Family Trust, U/A** <br> **Judy B. Reed, Trustee** <br> **359 Saint Augustine Drive** <br> **Chico, CA 95928** | | | Date Unknown: 886 McElroy Street, Oakland, California; | | | | 18,061.53 |
| ACCOUNT NO. **None** <br> **Judy B. Reed Family Trust, U/A** <br> **Judy B. Reed, Trustee** <br> **359 Saint Augustine Drive** <br> **Chico, CA 95928** | | | Date Unknown: 1427 Willow Street, Oakland, California; | | | | 18,061.53 |
| ACCOUNT NO. **None** <br> **Judy B. Reed Family Trust, U/A** <br> **Judy B. Reed, Trustee** <br> **359 Saint Augustine Drive** <br> **Chico, CA 95928** | | | 1/1/08: 9425 Peach Street, Oakland, California; | | | | 30,098.41 |
| ACCOUNT NO. **None** <br> **Judy B. Reed Family Trust, U/A** <br> **Judy B. Reed, Trustee** <br> **359 Saint Augustine Drive** <br> **Chico, CA 95928** | | | 1/23/08: Pepper Tree Inn | | | | 241,225.25 |
| ACCOUNT NO. **None** <br> **Kenneth & Jane Rowan** <br> **P.O. Box 86** <br> **Muse, OK 74949-0086** | | | 7/1/06: Pepper Tree Inn | | | | 29,247.64 |
| ACCOUNT NO. **None** <br> **Larry & Barbara Hopson** <br> **14955 Middletown Park Drive** <br> **Redding, CA 96001** | | | Date Unknown: Cedars Road, Redding, California; | | | | 120,412.27 |
| ACCOUNT NO. **None** <br> **Larry & Barbara Hopson** <br> **14955 Middletown Park Drive** <br> **Redding, CA 96001** | | | 9/10/07: Buckeye Pines, Redding, California; | | | | 120,412.27 |

Sheet no. ___18___ of ___43___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   |$ 577,518.90

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   |$

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Rosenau Investments, Inc.                                    Case No. 2009-42219
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None** <br><br> **Larry & Barbara Hopson** <br> **14955 Middletown Park Drive** <br> **Redding, CA 96001** | | | **9/10/07: 946 - 61st Street, Oakland, California;** | | | | **120,412.27** |
| ACCOUNT NO. **None** <br><br> **LASR-TEC** <br> **73910 Hwy 111, Suite G** <br> **Palm Desert, CA 92260** | | | **2009: Operating Expenses for Pepper Tree Inn** | | | | **98.00** |
| ACCOUNT NO. **None** <br><br> **Law Offices Of Joe Roman** <br> **2825 Tahquitz Canyon Way, Sutie D1** <br> **Palm Springs, CA 92262** | | | **2009: Legal fees** | | | | **243.50** |
| ACCOUNT NO. **None** <br><br> **Lisa Rosenau** <br> **2653 Sanford Court** <br> **Redding, CA 96002** | | | **Date Unknown: Credit Line** | | | | **106,691.53** |
| ACCOUNT NO. **None** <br><br> **Louis T. Micoch** <br> **530 Joaquin Avenue** <br> **Redding, CA 96002** | | | **Date Unknown: 886 McElroy Street, Oakland, California;** | | | | **29,247.64** |
| ACCOUNT NO. **None** <br><br> **Louis T. Micoch** <br> **530 Joaquin Avenue** <br> **Redding, CA 96002** | | | **Date Unknown: 1427 Willow Street, Oakland, California;** | | | | **29,247.64** |
| ACCOUNT NO. **None** <br><br> **Louis T. Micoch** <br> **530 Joaquin Avenue** <br> **Redding, CA 96002** | | | **Date Unknown: 886 McElroy Street, Oakland, California;** | | | | **120,412.27** |

Sheet no. _____19__ of _____43__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) |$ **406,352.85**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) |$

© 1993-2009 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE Rosenau Investments, Inc.        Case No. <u>2009-42219</u>
               Debtor(s)                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None**<br>**Margaret B. Brennan**<br>**43-446 St. Andrews Drive**<br>**Indio, CA 92201** | | | 3/1/06: Pepper Tree Inn | | | | 84,246.12 |
| ACCOUNT NO. **None**<br>**Mark & Janice Gunlogson**<br>**1995 Revocable Living Trust**<br>**P.O. Box 493514**<br>**Redding, CA 96049-3514** | | | 7/7/05: Oakdale Avenue (Lots), Oakland, California; | | | | 90,307.65 |
| ACCOUNT NO. **None**<br>**Mark & Janice Gunlogson**<br>**1995 Revocable Living Trust**<br>**P.O. Box 493514**<br>**Redding, CA 96049-3514** | | | 6/1/06: Pepper Tree Inn | | | | 157,964.58 |
| ACCOUNT NO. **None**<br>**Mark & Janice Gunlogson**<br>**1995 Revocable Living Trust**<br>**P.O. Box 493514**<br>**Redding, CA 96049-3514** | | | 8/21/06: 1620 - 17th Street, Oakland, California; | | | | 58,501.49 |
| ACCOUNT NO. **None**<br>**Mark & Janice Gunlogson**<br>**1995 Revocable Living Trust**<br>**P.O. Box 493514**<br>**Redding, CA 96049-3514** | | | 11/2/06: Lake Blvd. (Lots), Redding, California; | | | | 140,412.27 |
| ACCOUNT NO. **None**<br>**Mark & Janice Gunlogson**<br>**1995 Revocable Living Trust**<br>**P.O. Box 493514**<br>**Redding, CA 96049-3514** | | | 1/31/07: 895 - 27th Street & Market Street, Oakland, California; | | | | 180,621.51 |
| ACCOUNT NO. **None**<br>**Mark & Janice Gunlogson**<br>**1995 Revocable Living Trust**<br>**P.O. Box 493514**<br>**Redding, CA 96049-3514** | | | 4/25/07: 4580 Cedars Road, Redding, California; | | | | 240,830.75 |

Sheet no. __20__ of __43__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 952,884.37

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Rosenau Investments, Inc.**
Debtor(s)

Case No. **2009-42219**
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None**<br>**Mark & Janice Gunlogson**<br>**1995 Revocable Living Trust**<br>**P.O. Box 493514**<br>**Redding, CA 96049-3514** | | | 7/19/07: 893 - 27th Street & Market Street, Oakland, California; | | | | **72,246.12** |
| ACCOUNT NO. **None**<br>**Mark G. Wood & Margaret G. Wood**<br>**560 East Terrace Avenue**<br>**Fresno, CA 93720** | | | 8/16/06: 1620 - 17th Street, Oakland, California; | | | | **58,501.49** |
| ACCOUNT NO. **None**<br>**Mark G. Wood and Margaret G. Wood**<br>**560 East Terrace Avenue**<br>**Fresno, CA 93720** | | | June 13, 2006: 3033 Harper Street, Berkeley, California; | | | | **45,375.70** |
| ACCOUNT NO. **None**<br>**Mark G. Wood MD Profit Sharing Plan**<br>**Money Purchase Plan & Trust U/A**<br>**560 East Terrace Avenue**<br>**Fresno, CA 93720** | | | 4/1/06: 772 Lake Blvd., Redding, California; | | | | **58,501.49** |
| ACCOUNT NO. **None**<br>**Mark G. Wood MD Profit Sharing Plan**<br>**Money Purchase Plan & Trust U/A**<br>**560 East Terrace Avenue**<br>**Fresno, CA 93720** | | | 7/1/06: Buckeye Pines, Redding, California; | | | | **35,098.41** |
| ACCOUNT NO. **None**<br>**Mark G. Wood MD Profit Sharing Plan**<br>**Money Purchase Plan & Trust U/A**<br>**560 East Terrace Avenue**<br>**Fresno, CA 93720** | | | 2/2/07: 1254 - 98th Avenue, Oakland, California; | | | | **120,412.27** |
| ACCOUNT NO. **None**<br>**Mark Mlcoch**<br>**P.O. Box 28**<br>**Anderson, CA 96007** | | | 11/2/05: 886 McElroy Street, Oakland, California; | | | | **144,498.45** |

Sheet no. ___**21**___ of ___**43**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **$ 534,633.93**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Rosenau Investments, Inc.                                    Case No. 2009-42219
_____                          _____
                            Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None**<br>**Mark Micoch**<br>**P.O. Box 28**<br>**Anderson, CA 96007** | | | 6/8/06: Pepper Tree Inn | | | | 29,247.64 |
| ACCOUNT NO. **None**<br>**Mark Micoch**<br>**P.O. Box 28**<br>**Anderson, CA 96007** | | | 2/12/07: Buckeye Pines, Redding, California; | | | | 35,098.41 |
| ACCOUNT NO. **None**<br>**Meeker Family Living Trust Of 1990**<br>**John & Myrna Meeker, Trustees**<br>**P.O. Box 990**<br>**Burney, CA 96013** | | | 2/1/06: Pepper Tree Inn | | | | 204,121.51 |
| ACCOUNT NO. **None**<br>**Michael And Cheryl Carey**<br>**2646 Pacific Avenue**<br>**Redding, CA 96002** | | | 4/20/07: 886 McElroy Street, Oakland, California; | | | | 30,098.41 |
| ACCOUNT NO. **None**<br>**Michael P. Harris**<br>**8505 Mule Town Road**<br>**Redding, CA 96001** | | | 2/1/06: Pepper Tree Inn | | | | 35,098.41 |
| ACCOUNT NO. **None**<br>**Michael P. Harris**<br>**8505 Mule Town Road**<br>**Redding, CA 96001** | | | 3/13/06: 772-774 Lake Blvd., Redding, California; | | | | 23,396.87 |
| ACCOUNT NO. **None**<br>**Michael P. Harris**<br>**8505 Mule Town Road**<br>**Redding, CA 96001** | | | Date Unknown: 886 McElroy Street, Oakland, California; | | | | 29,247.64 |

Sheet no. ___22___ of ___43___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     $ 386,308.89

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)     $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE Rosenau Investments, Inc.** _____ Case No. **2009-42219** _____
<div style="text-align:center">Debtor(s)</div>
<div style="text-align:right">(If known)</div>

<div style="text-align:center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None**<br><br>**Michael P. Harris**<br>**8505 Mule Town Road**<br>**Redding, CA 96001** | | | **1/2/07: Buckeye Pines, Redding, California;** | | | | **35,098.41** |
| ACCOUNT NO. **None**<br><br>**Michael P. Harris**<br>**8505 Mule Town Road**<br>**Redding, CA 96001** | | | **7/18/07: 7832 Ney Avenue, Oakland, California;** | | | | **48,166.15** |
| ACCOUNT NO. **None**<br><br>**Michael P. Harris**<br>**8505 Mule Town Road**<br>**Redding, CA 96001** | | | **Date Unknown: 1427 Willow Street, Oakland, California;** | | | | **29,247.64** |
| ACCOUNT NO. **None**<br><br>**N & S Behbahani 1996 Trust**<br>**Sohrab & Nikoo Behbahani, Trustees**<br>**2846 Green Riffle Road**<br>**Redding, CA 96002** | | | **Date Unknown: 1620 - 17th Street, Oakland, California;** | | | | **57,304.36** |
| ACCOUNT NO. **None**<br><br>**N & S Behbahani 1996 Trust**<br>**Sohrab & Nikoo Behbahani, Trustees**<br>**2846 Green Riffle Road**<br>**Redding, CA 96002** | | | **5/4/07: 1620 - 17th Street, Oakland, California;** | | | | **60,203.03** |
| ACCOUNT NO. **None**<br><br>**Number One Protection**<br>**31165 San Eljay Avenue**<br>**Cathedral City, CA 92234** | | | **2009: Operating Expenses for Pepper Tree Inn** | | | | **1,208.00** |
| ACCOUNT NO. **0746**<br><br>**Office Depot**<br>**Customer Service**<br>**4740 - 121st Street**<br>**Urbandale, IA 50323** | | | **2009: Operating Expense for Rosenau Investments** | | | | **976.35** |

Sheet no. ___**23**___ of ___**43**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div style="text-align:right">

Subtotal
(Total of this page) **$ 232,203.94**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) **$**

</div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Rosenau Investments, Inc.  Case No. 2009-42219
_____  _____
Debtor(s)  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **nown** <br> **Office Max** <br> **205 S. Farrell** <br> **Palm Springs, CA 92262** | | | **2009: Operating Expense for Pepper Tree Inn** | | | | **unknown** |
| ACCOUNT NO. **nown** <br> **Palm Springs Disposal** <br> **P.O. Box 2711** <br> **Palm Springs, CA 92263** | | | **2009: Operating Expense for Pepper Tree Inn** | | | | **116.20** |
| ACCOUNT NO. **None** <br> **Paul Taslim** <br> **1525 El Capitan** <br> **Redding, CA 96001** | | | **Date Unknown: 9425 Peach Street, Oakland, California;** | | | | **120,412.27** |
| ACCOUNT NO. **None** <br> **Phyllis Brauning** <br> **4661 Terra Linda Way** <br> **Redding, CA 96003** | | | **5/24/05: Buckeye Pines** | | | | **24,079.97** |
| ACCOUNT NO. **None** <br> **Phyllis Brauning** <br> **4661 Terra Linda Way** <br> **Redding, CA 96003** | | | **7/22/05: Buckeye Pines** | | | | **24,079.97** |
| ACCOUNT NO. **None** <br> **Phyllis Brauning** <br> **4661 Terra Linda Way** <br> **Redding, CA 96003** | | | **11/9/05: 1784 - 9th Street, Oakland, California;** | | | | **23,816.35** |
| ACCOUNT NO. **None** <br> **Phyllis Brauning** <br> **4661 Terra Linda Way** <br> **Redding, CA 96003** | | | **2/13/06: Buckeye Pines** | | | | **36,123.06** |

Sheet no. _____24_____ of _____43_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) |$ **228,627.82**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) |$

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Rosenau Investments, Inc.
Debtor(s)

Case No. 2009-42219
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None**<br>**Phyllis Brauning**<br>**4661 Terra Linda Way**<br>**Redding, CA 96003** | | | 7/26/07:  1427 Willow Street, Oakland, California; | | | | **18,061.53** |
| ACCOUNT NO. 0221<br>**Pitney Bowes**<br>**2225 American Drive**<br>**Neenah, WI 54956-1005** | | | 2009:  Operating Expenses for Pepper Tree Inn | | | | **205.20** |
| ACCOUNT NO. 5629<br>**Pitney Bowes**<br>**Purchase Power**<br>**P.O. Box 5135**<br>**Shelton, CT 06484-7135** | | | 2009:  Operating Expense | | | | **unknown** |
| ACCOUNT NO. **None**<br>**Rae C. Lindsay**<br>**C/O Thomas Kurth, CPA**<br>**P.O. Box 992335**<br>**Redding, CA 96099-2335** | | | 4/16/07:  9425 Peach Street, Oakland, California; | | | | **120,412.27** |
| ACCOUNT NO. **None**<br>**Rayl Family 1990 Revocable Trust**<br>**Tim & Lisa Rayl, Trustees**<br>**P.O. Box 460**<br>**Palo Cedro, CA 96073** | | | 6/23/05:  Buckeye Pines, Redding, California; | | | | **30,098.41** |
| ACCOUNT NO. **None**<br>**Rayl Family 1990 Revocable Trust**<br>**Tim & Lisa Rayl, Trustees**<br>**P.O. Box 460**<br>**Palo Cedro, CA 96073** | | | 2/1/06:  Pepper Tree Inn | | | | **292,532.29** |
| ACCOUNT NO. **None**<br>**Rayl Family 1990 Revocable Trust**<br>**Tim & Lisa Rayl, Trustees**<br>**P.O. Box 460**<br>**Palo Cedro, CA 96073** | | | 8/23/06:  1620 - 17th Street, Oakland, California; | | | | **35,098.41** |

Sheet no. _____25_ of _____43_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **496,408.11**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None** <br> **Rayl Family 1990 Revocable Trust** <br> **Tim & Lisa Rayl, Trustees** <br> **P.O. Box 460** <br> **Palo Cedro, CA 96073** | | | 1/31/07: 893-895 - 27th Street & 2542 Market Street, Oakland, California; | | | | 18,061.53 |
| ACCOUNT NO. **None** <br> **Rayl Family 1990 Revocable Trust** <br> **Tim & Lisa Rayl, Trustees** <br> **P.O. Box 460** <br> **Palo Cedro, CA 96073** | | | 7/18/07: 7832 Ney Avenue, Oakland, California; | | | | 24,079.97 |
| ACCOUNT NO. **None** <br> **Rayl Family 1990 Revocable Trust** <br> **Tim & Lisa Rayl, Trustees** <br> **P.O. Box 460** <br> **Palo Cedro, CA 96073** | | | 7/19/07: 893 - 27th Street & Market Street, Oakland, California; | | | | 60,203.03 |
| ACCOUNT NO. **None** <br> **Redding 76 Auto Truck Plaza, Inc.** <br> **P.O. Box 492534** <br> **Redding, CA 96049-2534** | | | 3/1/06: Pepper Tree Inn | | | | 146,263.04 |
| ACCOUNT NO. **None** <br> **Redding 76 Auto Truck Plaza, Inc.** <br> **P.O. Box 492534** <br> **Redding, CA 96049-2534** | | | 2/15/07: 1254 - 98th Avenue, Oakland, California; | | | | 30,098.41 |
| ACCOUNT NO. **None** <br> **Redding 76 Auto Truck Plaza, Inc.** <br> **P.O. Box 492534** <br> **Redding, CA 96049-2534** | | | 6/1/07: 4550 & 4580 Cedars Road, Redding, California; | | | | 120,412.27 |
| ACCOUNT NO. **None** <br> **Redding Pallet, Inc.** <br> **P.O. Box 492404** <br> **Redding, CA 96049-2404** | | | 7/7/05: Oakdale Avenue (Lots), Oakland, California; | | | | 51,774.73 |

Sheet no. **26** of **43** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  |S  450,892.98

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  |S

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Rosenau Investments, Inc.</u>
              Debtor(s)
      Case No. <u>2009-42219</u>
                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2009 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None**<br>**Redding Pallet, Inc.**<br>**P.O. Box 492404**<br>**Redding, CA 96049-2404** | | | 12/10/07: 946 - 61st Street, Oakland, California; | | | | 120,412.27 |
| ACCOUNT NO. **None**<br>**Richard E. Rowan, Jr.**<br>**Separate Property Trust**<br>**3038 Panorama Drive**<br>**Redding, CA 96003** | | | 3/1/06: 9th Street, Oakland, California; | | | | 61,922.49 |
| ACCOUNT NO. **None**<br>**Richard E. Rowan, Jr.**<br>**Separate Property Trust**<br>**3038 Panorama Drive**<br>**Redding, CA 96003** | | | 12/21/06: Buckeye Pines, Redding, California; | | | | 58,501.49 |
| ACCOUNT NO. **None**<br>**Richard E. Rowan, Jr.**<br>**Separate Property Trust**<br>**3038 Panorama Drive**<br>**Redding, CA 96003** | | | Date Unknown: 7832 Ney Avenue, Oakland, California; | | | | 45,365.20 |
| ACCOUNT NO. **None**<br>**Rick Cole DDS, Defined Benefit Plan**<br>**Rick T. Cole, Trustee**<br>**543 Bogue Road #3, Box 203**<br>**Yuba City, CA 95991** | | | 2/7/07: 1254 - 98th Avenue, Oakland, California; | | | | 66,227.68 |
| ACCOUNT NO. **None**<br>**Rick Cole, DDS Defined Benefit Plan**<br>**Rick T. Cole, Trustee**<br>**543 Bogue Road #3, Box 203**<br>**Yuba City, CA 95991** | | | 4/16/07: 9425 Peach Street, Oakland, California; | | | | 120,412.27 |
| ACCOUNT NO. **None**<br>**RMD Services I, LLC**<br>**5760 Market Street**<br>**Oakland, CA 94608** | | | Unknown: Repairs/management of Oakland properties | | | X | 4,500.00 |

Sheet no. <u> 27 </u> of <u> 43 </u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

          Subtotal
    (Total of this page) | $ 477,341.40

           Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

IN RE <u>Rosenau Investments, Inc.</u>                                    Case No. <u>2009-42219</u>
                                    Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None** <br><br>**RMD Services I, LLC** <br>**5760 Market Street** <br>**Oakland, CA  94608** <br>. | | | 2009: Repairs to 98th Street, Oakland, California | | | X | <br><br><br><br>40,000.00 |
| ACCOUNT NO. **None** <br><br>**Robert & Dora Swanson** <br>**3336 Bechelli Lane, Suite B** <br>**Redding, CA  96002** | | | Date Unknown:  Pepper Tree Inn | | | | <br><br><br>46,799.95 |
| ACCOUNT NO. **None** <br><br>**Robert E. & Lisa Rosenau** <br>**2653 Sanford Court** <br>**Redding, CA  96002** | | | 2/1/08:  Credit Line | | | | <br><br><br>6,932.39 |
| ACCOUNT NO. **None** <br><br>**Robert Meusy** <br>**P.O. Box 430482** <br>**San Ysidro, CA  92143-0482** | | | 7/7/05:  Oakdale Avenue (Lots), Oakland, California; | | | | <br><br><br>55,379.52 |
| ACCOUNT NO. **None** <br><br>**Robert Meusy** <br>**P.O. Box 430482** <br>**San Ysidro, CA  92143-0482** | | | 11/1/05:  17105 Marianas Way, Cottonwood, California; | | | | <br><br><br>87,755.34 |
| ACCOUNT NO. **None** <br><br>**Robert Meusy** <br>**P.O. Box 430482** <br>**San Ysidro, CA  92143-0482** | | | 11/14/05:  1427 Willow Street, Oakland, California; | | | | <br><br><br>30,098.41 |
| ACCOUNT NO. **None** <br><br>**Robert Meusy** <br>**P.O. Box 430482** <br>**San Ysidro, CA  92143-0482** | | | 3/1/06:  Pepper Tree Inn | | | | <br><br><br>46,799.95 |

Sheet no. ____ <u>28</u> of ____ <u>43</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          |S  **313,765.56**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     |S

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Rosenau Investments, Inc.</u>                                         Case No. <u>2009-42219</u>
              Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None**<br><br>Robert R. Roseanu<br>3918 Eagle Parkway<br>Redding, CA 96001 | | | 2004-2009: Advances to Pepper Tree Inn | | | | **unknown** |
| ACCOUNT NO. **None**<br><br>Ronald G. Chambers, MS, Inc.<br>Pension & Profit Sharing Plan<br>4174 Ashby Court<br>Shasta Lake, CA 96019 | | | 8/16/06: 1620 - 17th Street, Oakland, California; | | | | **117,009.19** |
| ACCOUNT NO. **None**<br><br>Rosenau Investments, Inc.<br>3404 Bechelli Lane, Suite C<br>Redding, CA 96002 | | | 2007: 893 27th Street and 2542 Market Street (monies paid into escrow) (without interest) | | | | **29,000.00** |
| ACCOUNT NO. **None**<br><br>Rosenau Investments, Inc.<br>3404 Bechelli Lane, Suite C<br>Redding, CA 96002 | | | 2007: Ney Avenue project (monies to close escrow) (without interest) | | | | **65,000.00** |
| ACCOUNT NO. **None**<br><br>Rosenau Investments, Inc.<br>3404 Bechelli Lane, Suite C<br>Redding, CA 96002 | | | 2008: Marianas Way project (payment of Melvin and Viginia Hendrickson) (without interest) | | | | **25,000.00** |
| ACCOUNT NO. **None**<br><br>Rowan & Associates<br>Kenneth & Jane Rowan<br>P.O. Box 86<br>Muse, OK 74949-0086 | | | 11/9/05: 886 McElroy Street, Oakland, California; | | | | **96,332.30** |
| ACCOUNT NO. **None**<br><br>Rowan & Associates<br>Kenneth & Jane Rowan<br>P.O. Box 86<br>Muse, OK 74949-0086 | | | 3/1/06: 1784 - 9th Street, Oakland, California; | | | | **19,053.07** |

Sheet no. <u>  29  </u> of <u>  43  </u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                           Subtotal
               (Total of this page)   $ **351,394.56**

                            Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Rosenau Investments, Inc.</u>                    Case No. <u>2009-42219</u>
               Debtor(s)                                               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None** <br><br> **Rowan & Associates** <br> **Kenneth & Jane Rowan** <br> **P.O. Box 86** <br> **Muse, OK 74949-0086** | | | 5/8/06: Shasta View Drive (Lots), Redding, California; | | | | 122,859.96 |
| ACCOUNT NO. **None** <br><br> **Rowan & Associates** <br> **Kenneth & Jane Rowan** <br> **P.O. Box 86** <br> **Muse, OK 74949-0086** | | | 1/31/07: 893 - 27th Street & Market Street, Oakland, California; | | | | 180,621.51 |
| ACCOUNT NO. **None** <br><br> **Rowan & Associates** <br> **Kenneth & Jane Rowan** <br> **P.O. Box 86** <br> **Muse, OK 74949-0086** | | | 3/1/07: Buckeye Pines, Redding, California; | | | | 117,009.19 |
| ACCOUNT NO. **None** <br><br> **Rowan & Associates** <br> **Kenneth & Jane Rowan** <br> **P.O. Box 86** <br> **Muse, OK 74949-0086** | | | 11/1/07: Buckeye Pines, Redding, California; | | | | 240,830.75 |
| ACCOUNT NO. **None** <br><br> **Rowan Development, Inc.** <br> **3038 Panorama Drive** <br> **Redding, CA 96003** | | | 3/1/07: Buckeye Pines, Redding, California; | | | | 23,396.87 |
| ACCOUNT NO. **None** <br><br> **Rowan Development, Inc.** <br> **3038 Panorama Drive** <br> **Redding, CA 96003** | | | 6/1/07: 4550 & 4580 Cedars Road, Redding, California; | | | | 120,412.27 |
| ACCOUNT NO. **None** <br><br> **Rowan Family Foundation** <br> **Kenneth & Jane Rowan** <br> **P.O. Box 86** <br> **Muse, OK 74949-0086** | | | 5/3/06: Oakdale Avenue lots 6, 7, & 8, Oakland, California; | | | | 118,002.41 |

Sheet no. ___30___ of ___43___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div style="text-align:right">

Subtotal
(Total of this page)   |$   **923,132.96**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   |$
</div>

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Rosenau Investments, Inc.</u>                        Case No. <u>2009-42219</u>

                             Debtor(s)                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None**<br><br>**Rowan Family Foundation**<br>**Kenneth & Jane Rowan**<br>**P.O. Box 86**<br>**Muse, OK 74949-0086** | | | 5/8/06: Shasta View Drive (Lots), Redding, California; | | | | 70,203.03 |
| ACCOUNT NO. **None**<br><br>**Rowan Family Foundation**<br>**Kenneth & Jane Rowan**<br>**P.O. Box 86**<br>**Muse, OK 74949-0086** | | | 12/1/06: Pepper Tree Inn | | | | 175,516.89 |
| ACCOUNT NO. **None**<br><br>**Rowan Family Foundation**<br>**Kenneth & Jane Rowan**<br>**P.O. Box 86**<br>**Muse, OK 74949-0086** | | | 4/16/07: 9425 Peach Street, Oakland, California; | | | | 90,307.65 |
| ACCOUNT NO. **None**<br><br>**Rowan Legacy LP**<br>**C/O Thomas Kurth, CPA**<br>**P.O. Box 992335**<br>**Redding, CA 96099-2335** | | | 6/1/07: Cedars Road, Redding, California; | | | | 120,543.75 |
| ACCOUNT NO. **None**<br><br>**Russell Newell, Sr.**<br>**C/O Dora Swanson**<br>**3336 Bechelli Lane, Suite B**<br>**Redding, CA 96002** | | | Date Unknown: 1784 - 9th Street, Oakland, California; | | | | 15,242.45 |
| ACCOUNT NO. **None**<br><br>**Russell Newell, Sr.**<br>**C/O Dora Swanson**<br>**3336 Bechelli Lane, Suite B**<br>**Redding, CA 96002** | | | 3/1/07: Buckeye Pines, Redding, California; | | | | 93,606.11 |
| ACCOUNT NO. **None**<br><br>**Russell Newell, Sr.**<br>**C/O Dora Swanson**<br>**3336 Bechelli Lane, Suite B**<br>**Redding, CA 96002** | | | 11/30/07: 27th Street & Market Street, Oakland, California; | | | | 37,327.99 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. __31__ of __43__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                      Subtotal
                 (Total of this page)   $ 602,747.87

                             Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

IN RE <u>Rosenau Investments, Inc.</u>            Case No. <u>2009-42219</u>

                    Debtor(s)                               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3403** <br><br> **Sequoia Insurance** <br> **P.O. Box 1510** <br> **Monterey, CA 93942** | | | 2009: Operating Expense for Pepper Tree Inn | | | | **unknown** |
| ACCOUNT NO. **5702** <br><br> **Sequoia Insurance** <br> **P.O. Box 1510** <br> **Monterey, CA 93942** | | | 2009: Operating Expense for Rosenau Investments | | | | **unknown** |
| ACCOUNT NO. **None** <br><br> **Shasta DesignScape** <br> **P.O. Box 992747** <br> **Redding, CA 96099-2747** | | | 2009: Operating Expense for Rosenau Investments | | | | **212.50** |
| ACCOUNT NO. **None** <br><br> **Shayda Behbahani** <br> **33 Chimney Rock** <br> **Oakland, CA 94605** | | | 8/24/04: Buckeye Pines | | | | **30,098.41** |
| ACCOUNT NO. **None** <br><br> **Shirley Ann Burker** <br> **2314 Castlewood Drive** <br> **Redding, CA 96002** | | | 1/1/07: Pepper Tree Inn | | | | **58,501.49** |
| ACCOUNT NO. **None** <br><br> **Simpson Family Trust** <br> **Donald & Marjorie Simpson, Trustees** <br> **15485 Starflower Road** <br> **Oak Run, CA 96069** | | | 3/1/06: Pepper Tree Inn | | | | **72,544.58** |
| ACCOUNT NO. **None** <br><br> **Simpson Family Trust** <br> **Donald & Marjorie Simpson, Trustees** <br> **15485 Starflower Road** <br> **Oak Run, CA 96069** | | | 8/16/06: 1620 - 17th Street, Oakland, California; | | | | **76,053.80** |

Sheet no. ___**32**___ of ___**43**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                  Subtotal
                 (Total of this page)    $ **237,410.78**

                  Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Rosenau Investments, Inc.</u>　　　　　　　　　　　　　　　Case No. <u>2009-42219</u>

Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None**<br>**Simpson Family Trust**<br>**Donald & Marjorie Simpson, Trustees**<br>**15485 Starflower Road**<br>**Oak Run, CA 96069** | | | **Date Unknown: 886 McElroy Street, Oakland, California;** | | | | **29,247.64** |
| ACCOUNT NO. **None**<br>**Simpson Family Trust**<br>**Donald & Marjorie Simpson, Trustees**<br>**15485 Starflower Road**<br>**Oak Run, CA 96069** | | | **Date Unknown: 1427 Willow Street, Oakland, California;** | | | | **29,247.64** |
| ACCOUNT NO. **None**<br>**Simpson Family Trust**<br>**Donald & Marjorie Simpson, Trustees**<br>**15485 Starflower Road**<br>**Oak Run, CA 96069** | | | **12/1/06: 17105 Marianas Way, Cottonwood, California;** | | | | **64,352.26** |
| ACCOUNT NO. **None**<br>**Simpson Family Trust**<br>**Donald & Marjorie Simpson, Trustees**<br>**15485 Starflower Road**<br>**Oak Run, CA 96069** | | | **1/31/07: 893-895 - 27th Street & Market, Oakland, California;** | | | | **60,203.03** |
| ACCOUNT NO. **None**<br>**Simpson Family Trust**<br>**Donald & Marjorie Simpson, Trustees**<br>**15485 Starflower Road**<br>**Oak Run, CA 96069** | | | **7/18/07: 7832 Ney Avenue, Oakland, California;** | | | | **90,307.65** |
| ACCOUNT NO. **nown**<br>**Small Elegant Hotels**<br>**9571 Verona Lakes Blvd.**<br>**Boynton Beach, FL 33437** | | | **2009: Operating Expense for Pepper Tree Inn** | | | | **unknown** |
| ACCOUNT NO. **None**<br>**Small Elegant Hotels**<br>**9671 Verona Lakes Blvd.**<br>**Boynton Beach, FL 33437** | | | **2009: Advertising** | | | | **58.95** |

Sheet no. ___**33**___ of ___**43**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) ｜$ **273,417.17**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) ｜$

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Rosenau Investments, Inc.                                    Case No. 2009-42219
_____                    _____
            Debtor(s)                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None**<br><br>**Sohrab Behbahani Medical Corp.**<br>**Profit Sharing Plan**<br>**2846 Green Riffle Road**<br>**Redding, CA 96002** | | | 4/13/09: 946 - 61st Street, Oakland, California; | | | | 33,713.20 |
| ACCOUNT NO. **None**<br><br>**Sohrab Behbahani Medical Corp.**<br>**Profit Sharing Plan**<br>**2846 Green Riffle Road**<br>**Redding, CA 96002** | | | 4/13/09: Pepper Tree Inn | | | | 351,039.99 |
| ACCOUNT NO. **None**<br><br>**Sohrab Behbahani Medical Corp.**<br>**Profit Sharing Plan**<br>**2846 Green Riffle Road**<br>**Redding, CA 96002** | | | 4/13/09: 455o0 & 4580 Cedars Road, Oakland, California; | | | | 120,412.27 |
| ACCOUNT NO. **None**<br><br>**Sousa Family Revocable Trust**<br>**C/0 Thomas Kurth, CPA**<br>**P.O. Box 992335**<br>**Redding, CA 96099-2335** | | | 8/24/04: Buckeye Pines, Redding, California; | | | | 24,079.97 |
| ACCOUNT NO. **None**<br><br>**Sousa Family Revocable Trust**<br>**C/0 Thomas Kurth, CPA**<br>**P.O. Box 992335**<br>**Redding, CA 96099-2335** | | | 9/23/05: Buckeye Pines, Redding, California; | | | | 42,141.50 |
| ACCOUNT NO. **None**<br><br>**Sousa Family Revocable Trust**<br>**C/0 Thomas Kurth, CPA**<br>**P.O. Box 992335**<br>**Redding, CA 96099-2335** | | | 12/8/05: 1427 Willow Street, Oakland, California; | | | | 12,036.88 |
| ACCOUNT NO. **None**<br><br>**Sousa Family Revocable Trust**<br>**C/0 Thomas Kurth, CPA**<br>**P.O. Box 992335**<br>**Redding, CA 96099-2335** | | | 12/13/05: 886 McElroy Street, Oakland, California; | | | | 30,098.41 |

Sheet no. ____34 of ____43 continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    $ 613,522.22

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)        $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Rosenau Investments, Inc.</u>
<br>Debtor(s)

Case No. <u>2009-42219</u>
<br>(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None** <br> **Sousa Family Revocable Trust** <br> **C/O Thomas Kurth, CPA** <br> **P.O. Box 992335** <br> **Redding, CA 96099-2335** | | | 8/23/06:  1620 - 17th Street, Oakland, California; | | | | 29,247.64 |
| ACCOUNT NO. **3036** <br> **Southern California Edison** <br> **P.O. Box 6400** <br> **Rancho Cucamonga, CA 91729-6400** | | | 2009:  Operating Expenses for Pepper Tree Inn | | | | 5,188.69 |
| ACCOUNT NO. **nown** <br> **Southern California Gas Company** <br> **P.O. Box C** <br> **Monterey Park, CA 91756** | | | 2009:  Operating Expense for Pepper Tree Inn | | | | 252.03 |
| ACCOUNT NO. **8951** <br> **Stand Guard** <br> **Water Quality Assurance Solution** <br> **P.O. Box 974861** <br> **Dallas, TX 75397-4861** | | | 2009:  Operating Expenses for Pepper Tree Inn | | | | 195.52 |
| ACCOUNT NO. **4612** <br> **State Farm Insurance** <br> **P.O. Box 2746** <br> **Jacksonville, FL 32232-2746** | | | 2009:  "Rental Dwelling" Insurance for 17105 Marianas Way and 3270 Bridgewater Court; | | | | 601.67 |
| ACCOUNT NO. **None** <br> **Steve Rizzo** <br> **622 N. Palm Canyon Drive** <br> **Palm Springs, CA 92262** | | | 2009:  Operating Expense for Pepper Tree Inn | | | | 286.47 |
| ACCOUNT NO. **None** <br> **Steve Rizzo** <br> **622 N. Palm Canyon Drive** <br> **Palm Springs, CA 92262** | | | 2009: Unknown | | | | 249.96 |

Sheet no. ___**35**___ of ___**43**___ continuation sheets attached to
<br>Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
<br>(Total of this page) | $ 36,021.98

Total
<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Rosenau Investments, Inc.                              Case No. 2009-42219
_____
                        Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. none<br>Steve Rizzo<br>622 N. Palm Canyon Drive<br>Palm Springs, CA 92262 | | | 2009: Expense reimbursement | | | | 542.52 |
| ACCOUNT NO. None<br>Steve Rizzo<br>622 N. Palm Canyon Drive<br>Palm Springs, CA 92262 | | | 2009: Expense reimbursement | | | | 121.34 |
| ACCOUNT NO. NOne<br>Steve Rizzo<br>622 N. Palm Canyon Drive<br>Palm Springs, CA 92262 | | | 2009: Petty cash reimbursement | | | | 70.62 |
| ACCOUNT NO. None<br>Stewardship Trust<br>Robert Lincoln Hancock, Trustee<br>P.O. Box 993544<br>Redding, CA 96099-3544 | | | 1/17/08: Buckeye Pines, Redding, California; | | | | 101,919.12 |
| ACCOUNT NO. None<br>Stotts Living Trust<br>Kenneth & Mildred Stotts, Trustees<br>18812 Jessie Road<br>Anderson, CA 96007 | | | 7/7/05: Oakdale Avenue (Lots), Oakland, California; | | | | 30,098.41 |
| ACCOUNT NO. None<br>Stotts Living Trust<br>Kenneth & Mildred Stotts, Trustees<br>18812 Jessie Road<br>Anderson, CA 96007 | | | 6/1/07: 4550 & 4580 Cedars Road, Redding, California; | | | | 60,203.03 |
| ACCOUNT NO. None<br>Stotts Living Trust<br>Kenneth & Mildred Stotts, Trustees<br>18812 Jessie Road<br>Anderson, CA 96007 | | | 8/2/07: Buckeye Pines, Redding, California; | | | | 180,621.51 |

Sheet no. ___36__ of ___43__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 373,576.55

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Rosenau Investments, Inc.**                                  Case No. **2009-42219**
_____                          _____
                            Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None** <br> **Susan Sheridan** <br> **17105 Marianas Way** <br> **Cottonwood, CA 96022** | | | 9/24/04: 946 - 61st Street, Oakland, California; | | | | **50,569.80** |
| ACCOUNT NO. **None** <br> **Susan Sheridan** <br> **17105 Marianas Way** <br> **Cottonwood, CA 96022** | | | 10/25/05: 17105 Marianas Way, Cottonwood, California; | | | | **46,799.95** |
| ACCOUNT NO. **None** <br> **Susan Sheridan** <br> **17105 Marianas Way** <br> **Cottonwood, CA 96022** | | | 3/17/06: 772 Lake Blvd., Redding, California; | | | | **105,307.65** |
| ACCOUNT NO. **None** <br> **Susan Sheridan** <br> **17105 Marianas Way** <br> **Cottonwood, CA 96022** | | | 10/1/03: Pepper Tree Inn | | | | **64,352.26** |
| ACCOUNT NO. **None** <br> **Susan Sheridan** <br> **17105 Marianas Way** <br> **Cottonwood, CA 96022** | | | 7/14/06: Buckeye Pines, Redding, California; | | | | **91,176.14** |
| ACCOUNT NO. **None** <br> **Susan Sheridan** <br> **17105 Marianas Way** <br> **Cottonwood, CA 96022** | | | 8/15/06: 1620 - 17th Street, Oakland, California; | | | | **58,501.49** |
| ACCOUNT NO. **None** <br> **Susan Sheridan** <br> **17105 Marianas Way** <br> **Cottonwood, CA 96022** | | | 7/27/07: Buckeye Pines, Redding, California; | | | | **18,061.53** |

Sheet no. ___**37**___ of ___**43**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **|$  434,768.82**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)     **|$**

© 1993-2009 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

IN RE **Rosenau Investments, Inc.**                           Case No. **2009-42219**
                        Debtor(s)                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None** <br><br> **Susan Sheridan** <br> **17105 Marianas Way** <br> **Cottonwood, CA 96022** | | | 12/7/07: 893 27th & 2542 Market, Oakland, California; | | | | 6,018.44 |
| ACCOUNT NO. 9109 <br><br> **Sysco Guest Supply** <br> **P.O. Box 910** <br> **Monmouth Junction, NJ 08852** | | | 2009: Operating Expense for Pepper Tree Inn | | | | 260.54 |
| ACCOUNT NO. **None** <br><br> **Ted & Lucille Koher** <br> **C/O Thomas Kurth, CPA** <br> **P.O. Box 992335** <br> **Redding, CA 96099-2335** | | | 6/1/07: 4550 & 4580 Cedars Road, Redding, California; | | | | 120,412.27 |
| ACCOUNT NO. **None** <br><br> **Terry R. Winberry** <br> **4087 Fig Tree Lane** <br> **Redding, CA 96002** | | | 2/5/07: 1254 - 98th Avenue, Oakland, California; | | | | 60,203.03 |
| ACCOUNT NO. **None** <br><br> **Thomas & Rita Kurth** <br> **P.O. Box 992335** <br> **Redding, CA 96099-2335** | | | 10/17/05: Buckeye Pines, Redding, California; | | | | 72,246.12 |
| ACCOUNT NO. **None** <br><br> **Thomas & Rita Kurth** <br> **P.O. Box 992335** <br> **Redding, CA 96099-2335** | | | 12/13/05: 886 McElroy Street, Oakland, California; | | | | 36,123.06 |
| ACCOUNT NO. **None** <br><br> **Thomas & Rita Kurth** <br> **P.O. Box 992335** <br> **Redding, CA 96099-2335** | | | 5/21/07: Buckeye Pines, Redding, California; | | | | 72,246.12 |

Sheet no. **38** of **43** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **367,509.58**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Rosenau Investments, Inc.                          Case No. 2009-42219
_____                           _____
            Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. None<br><br>Thomas & Rita Kurth<br>P.O. Box 992335<br>Redding, CA 96099-2335 | | | 7/18/07: 7832 Ney Avenue, Oakland, California; | | | | 60,203.03 |
| ACCOUNT NO. None<br><br>Thomas & Rita Kurth<br>P.O. Box 992335<br>Redding, CA 96099-2335 | | | 10/2/07: Oakdale Avenue (Lots), Oakland, California; | | | | 24,079.97 |
| ACCOUNT NO. None<br><br>Thomas & Rita Kurth<br>P.O. Box 992335<br>Redding, CA 96099-2335 | | | 1/1/07: Buckeye Pines, Redding, California; | | | | 18,061.53 |
| ACCOUNT NO. None<br><br>Thomas & Rita Kurth<br>P.O. Box 992335<br>Redding, CA 96099-2335 | | | 7/18/07: 7832 Ney Avenue, Oakland, California; | | | | 90,307.65 |
| ACCOUNT NO. 9190<br><br>Time Warner Cable<br>P.O. Box 60506<br>City Of Industry, CA 91716 | | | 2009: Operating Expense for Pepper Tree Inn | | | | unknown |
| ACCOUNT NO. 0225<br><br>Time Warner Cable<br>P.O. Box 60506<br>City Of Industry, CA 91716 | | | 2009: Operating Expense for Pepper Tree Inn | | | | 820.92 |
| ACCOUNT NO. None<br><br>Timothy J. Stumpf<br>3465 Showboat Court<br>Redding, CA 96003 | | | 2/8/08: Pepper Tree Inn | | | | 55,195.78 |

Sheet no. __39__ of __43__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     | $ 248,668.88

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Rosenau Investments, Inc.                        Case No. 2009-42219
_____
                    Debtor(s)                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None**<br><br>**Timothy J. Stumpf**<br>**3465 Showboat Court**<br>**Redding, CA 96003** | | | 2/8/08: 7832 Ney Avenue, Oakland, California; | | | | 28,119.60 |
| ACCOUNT NO. **None**<br><br>**Timothy J. Stumpf**<br>**3465 Showboat Court**<br>**Redding, CA 96003** | | | 2/8/08: 9425 Peach Street, Oakland, California; | | | | 15,064.09 |
| ACCOUNT NO. **None**<br><br>**Timothy James Rayl**<br>**1467 Jen Way**<br>**Redding, CA 96001** | | | 1/9/04: 1427 Willow Street, Oakland, California; | | | | 42,141.50 |
| ACCOUNT NO. **None**<br><br>**Timothy James Rayl**<br>**1467 Jen Way**<br>**Redding, CA 96001** | | | 5/4/06: Shasta View (Lots), Redding, California; | | | | 87,755.34 |
| ACCOUNT NO. **None**<br><br>**Timothy James Rayl**<br>**1467 Jen Way**<br>**Redding, CA 96001** | | | 5/4/06: Shasta View (Lots), Redding, California; | | | | 58,501.49 |
| ACCOUNT NO. **None**<br><br>**Timothy James Rayl**<br>**1467 Jen Way**<br>**Redding, CA 96001** | | | 6/1/07: 4550 & 4580 Cedars Road, Redding, California; | | | | 30,098.41 |
| ACCOUNT NO. **None**<br><br>**Timothy James Rayl**<br>**1467 Jen Way**<br>**Redding, CA 96001** | | | 7/18/07: 7832 Ney Avenue, Oakland, California; | | | | 24,079.97 |

Sheet no. _____40_ of ____43___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ 285,760.40

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE Rosenau Investments, Inc.** _____ Case No. **2009-42219**
<br>· Debtor(s) _____ (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None** <br> **Timothy James Rayl** <br> **1467 Jen Way** <br> **Redding, CA 96001** | | | 9/29/07: Buckeye Pines, Redding, California; | | | | 6,018.44 |
| ACCOUNT NO. **nown** <br> **Venere UK Ltd** <br> **P.O. Box 840800** <br> **Dallas, TX 75284** | | | 2009: Operating Expense for Pepper Tree Inn | | | | 44.55 |
| ACCOUNT NO. **0601** <br> **Verizon California** <br> **P.O. Box 30001** <br> **Inglewood, CA 90313** | | | 2009: Operating Expense for Pepper Tree Inn | | | | 435.58 |
| ACCOUNT NO. **nown** <br> **Vito & Associates** <br> **2292 East Belding Drive** <br> **Palm Springs, CA 92262-0322** | | | 2009: Operating Expense for Pepper Tree Inn | | | | 109.95 |
| ACCOUNT NO. **2163** <br> **Waste Management Of Alameda County** <br> **172 - 98th Avenue** <br> **Oakland, CA 94603** | | | 2009: Waste Removal (886 McElroy Street, Oakland, California) | | | | 13.00 |
| ACCOUNT NO. **0639** <br> **Waxie Sanitary Supply** <br> **P.O. Box 81006** <br> **San Diego, CA 92138-1006** | | | 2009: Operating Expenses for Pepper Tree Inn | | | | 712.44 |
| ACCOUNT NO. **1446** <br> **Wells Fargo Bank** <br> **P.O. Box 1450** <br> **Minneapolis, MN 55485** | | | 11/10/09: Account Analysis Fee | | | | 8.95 |

Sheet no. **41** of **43** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **$ 7,342.91**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) **$**

© 1993-2009 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

**IN RE Rosenau Investments, Inc.**       Case No. **2009-42219**

Debtor(s)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2086**<br>**Wells Fargo Bank**<br>**P.O. Box 54349**<br>**Los Angeles, CA 90054** | | | **2009: Operating Expense for Pepper Tree Inn** | | | | **unknown** |
| ACCOUNT NO. **nown**<br>**Wells Fargo Bank**<br>**P.O. Box 54349**<br>**Los Angles, CA 90054** | | | **Unknown: Unknown** | | | | **1,702.59** |
| ACCOUNT NO. **None**<br>**Wells Fargo Bank**<br>**P.O. Box 54349**<br>**Los Angeles, CA 90054** | | | **Unknown: Unknown** | | | | **1,987.53** |
| ACCOUNT NO. **5949**<br>**WF Business Direct**<br>**P.O. Box 348750**<br>**Sacramento, CA 95834** | | | **Dates Unknown: Rosenau Investments** | | | | **125,213.98** |
| ACCOUNT NO. **7106**<br>**WF Business Direct**<br>**P.O. Box 348750**<br>**Sacramento, CA 95834** | | | **2009: Operating Expense for Pepper Tree Inn** | | | | **1,987.53** |
| ACCOUNT NO. **8051**<br>**WF Business Direct**<br>**P.O. Box 348750**<br>**Sacramento, CA 95834** | | | **2009: Operating Expense for Rosenau Investments** | | | | **1,702.59** |
| ACCOUNT NO. **7544**<br>**WF Business Direct**<br>**P.O. Box 348750**<br>**Sacramento, CA 95834** | | | **2009: Operating Expense for Rosenau Investments** | | | | **214.77** |

Sheet no. **42** of **43** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **$ 132,808.99**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE <u>Rosenau Investments, Inc.</u>        Case No. <u>2009-42219</u>

                    Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **None**<br><br>**William R. Lockwood II**<br>**Tara E. Lockwood**<br>**1568 Bantry Court**<br>**Redding, CA 96001** | | | Date Unknown: Pepper Tree Inn | | | | 120,412.27 |
| ACCOUNT NO. **None**<br><br>**Zwaga Family 2002 Trust**<br>**George & Mary Zwaga, Trustees**<br>**11414 E. Stillwater Way**<br>**Redding, CA 96003** | | | 10/22/04: 946 - 61st Street, Oakland, California; | | | | 30,098.41 |
| ACCOUNT NO. **None**<br><br>**Zwaga Family 2002 Trust**<br>**George & Mary Zwaga, Trustees**<br>**11414 E. Stillwater Way**<br>**Redding, CA 96003** | | | 7/7/05: Oakdale Avenue (Lots), Oakland, California; | | | | 24,079.97 |
| ACCOUNT NO. **None**<br><br>**Zwaga Family 2002 Trust**<br>**George & Mary Zwaga, Trustees**<br>**11414 E. Stillwater Way**<br>**Redding, CA 96003** | | | 2/5/07: 1254 - 98th Avenue, Oakland, California; | | | | 90,307.65 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___43___ of ___43___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                        Subtotal
                         (Total of this page) |$ **264,898.30**

                       Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) |$ **17,293,597.72**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Rosenau Investments, Inc.**                                                    Case No. **2009-42219**

Debtor(s)                                                                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Steve Rizzo<br>622 N. Palm Drive<br>Palm Spring, CA 92262 | Employment agreement-Steve Rizzo, General Manager, Pepper Tree Inn |
| Blue Gardner<br>81486 Palmyra Avenue<br>Indio, CA 92201 | Landscape maintenace for the Pepper Tree Inn |
| George And Maxine Theobold<br>3288 Wilshire Drive<br>Redding, CA 96002 | Lease of office space, located at 3404 Bechelli Lane, Suite C, Redding, California 96002 |
| Jeanette Guiducci<br>Coldwell Banker C & C Properties<br>2120 Churn Creek Road<br>Redding, CA 96002 | Listing agreement for 17105 Marinas Way, Cottonwood, California |
| Eco Lab<br>P.O. Box 6007<br>Grand Forks, ND 58206-6007 | Pest Control for Pepper Tree Inn |
| Steve Pagones<br>Premier Apartment Advisors<br>1101 Marin Village Parkway #100<br>City Of Alameda, CA 94501 | Possible listing agreement for 1254 98th Street, Oakland, California |
| Steve Pagones<br>Premier Apartment Advisors<br>1101 Marin Village Parkway #100<br>City Of Alameda, CA 94501 | Possible listing agreement for 7832 Ney Avenue, Oakland, California |
| Steve Pagones<br>Premier Apartment Advisors<br>1101 Marin Village Parkway #100<br>City Of Alameda, CA 94501 | Possible listing agreement for 886 McElroy, Oakland, California |
| RMD Services I, LLC<br>5760 Market Street<br>Oakland, CA 94608 | Property Management Agreement for 1784-1786 9th Street, 1620 17th Street, 886 McElroy, 1254 98th Avenue, 9429 Peach Street, and 7832 Ney Avenue (all located in Oakland) |
| Inn Quest<br>5300 W. Cypress, Suite 160<br>Tampa, FL 33607 | Room reservation system |
| Eula Johnson<br>Unknown<br>Unknown, | Sale contract for 1254 98th Avenue, Oakland, California |
| Stephen Pagones<br>Premier Apartment Advisors<br>1101 Marin Village Parkway #100<br>City Of Alamed, CA 94501 | Sale contract for 1620 17th Street, Oakland, California |
| RMD Services I, LLC<br>5760 Market Street<br>Oakland, CA 94608 | Sale contract for 7832 Ney Avenue, Oakland, California |
| RMD Services I, LLC<br>5760 Market Street<br>Oakland, CA 94608 | Sale contract for 886 McElroy Street, Oakland, California |
| Hypapa Strebbe<br>P.O. Box 4144 | Swimming Pool Contract |

© 1993-2009 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE <u>Rosenau Investments, Inc.</u>

Case No. <u>2009-42219</u>

Debtor(s)

(If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Palm Springs, CA 92263 | |
| Verizon California<br>P.O. Box 30001<br>Inglewood, CA 90313 | Telephone and cable television service |
| Heartland Leasing Services<br>390 Union Blvd., Suite 600<br>Lakewood, CO 80228 | Telephone systems for Pepper Tree Inn |

© 1993-2009 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

IN RE **Rosenau Investments, Inc.**         Case No. **2009-42219**

          Debtor(s)               (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>Rosenau Investments, Inc.</u>        Case No. <u>2009-42219</u>
<div align="center">Debtor(s)</div>       (If known)

<div align="center">

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

</div>

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____
<div align="right">Debtor</div>

Date: _____    Signature: _____
<div align="right">(Joint Debtor, if any)</div>
<div align="right">[If joint case, both spouses must sign.]</div>

---

<div align="center">

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

</div>

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      _____

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____

Address

_____      _____

Signature of Bankruptcy Petition Preparer      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

<div align="center">

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

</div>

I, the <u>**President**</u> (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the <u>**Rosenau Investments, Inc.**</u> (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ <u>72</u> sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: <u>**November 19, 2009**</u>    Signature: *Robert Rosenau*

<div align="center"><u>**Robert Rosenau**</u></div>
<div align="right">(Print or type name of individual signing on behalf of debtor)</div>

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Eastern District of California

IN RE:                                             Case No. **2009-42219**

**Rosenau Investments, Inc.**                              Chapter **7**
                  Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### 1. Income from employment or operation of business

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT  SOURCE
     **1,662,721.00  2007**
          **0.00  2008: Unknown**
          **0.00  2009 (YTD) Unknown**

### 2. Income other than from employment or operation of business

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 3. Payments to creditors
*Complete a. or b., as appropriate, and c.*

None ☑   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
*b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| 1993 Boyer Family Trust<br>Gerald And Barbara Boyer, Trustees<br>7577 White Birch Lane<br>Redding, CA  96002 | August 2009 | 22,704.87 | 163,815.35 |
| 3033 Harper Street, Berkeley, California | | | |
| Jason Jones<br>P.O. Box 8865<br>Chico, CA  95927 | August 2009 | 68,080.56 | 169,659.91 |
| 3033 Harper Street, Berkeley, California | | | |
| Redding Pallett<br>P.O. Box 992404<br>Redding, CA  96099 | August 2009 | 22,704.87 | 289,193.19 |
| 3033 Harper Street, Berkeley, California | | | |
| The Judy B. Reed Family Trust<br>Judy B. Reed, Trustee<br>359 St. Augustine Drive<br>Chico, CA  95928 | August 2009 | 11,335.41 | 1,779,946.83 |
| 3033 Harper Street, Berkeley, California | | | |
| Rowan Family Foundation<br>C/O Of Ken And Jane Rowan<br>P.O. Box 86<br>Muse, OK  74949-0086 | August 2009 | 45,375.70 | 180,621.51 |
| 3033 Harper Street, Berkeley, California | | | |
| Gus And Kathleen Vasilakis<br>1985 Revocable Living Trust<br>7420 Danish Lane<br>Redding, CA  96002 | August 2009 | 88,504.73 | 351,039.99 |

* Gus and Kathleen Vasilakis had a promissory note and first deed of trust against the property
** 3033 Harper Street, Berkeley, California

| | | | |
|---|---|---|---|
| Terry Winberry<br>4087 Fig Tree Lane<br>Redding, CA  96002 | August 2009 | 22,704.87 | 60,203.03 |
| 3033 Harper Street, Berkeley, California | | | |
| Mark G. Wood<br>Money Purchase Plan And Trust<br>560 East Terrace Avenue<br>Fresno, CA  93720 | August 2009 | 45,375.70 | 317,889.36 |

* Mark Wood MD received a check for these funds but had not negotiated the check on the date of the petition and, once the Chapter 7 trustee froze the bank accounts, the check was not paid.
** 3033 Harper Street, Berkeley, California

| | | | |
|---|---|---|---|
| Christie Zwaga<br>P.O. Box 494460<br>Redding, CA  96049-4460 | August 2009 | 13,616.11 | 72,239.91 |
| 3033 Harper Street, Berkeley, California | | | |
| Jason Jones<br>P.O. Box 8865<br>Chico, CA  95927 | September 4, 2009--Assignment of 5/6 of promissory note and ded of trust from Rosenau Invetments to Jason Jones | 0.00 | 0.00 |

* Value-Unknown

© 1993-2009 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None c. **All debtors:** List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Robert Roseanu<br>3918 Eaglepark Way<br>Redding, CA 96001<br>Shareholder | August 2009 | 6,940.86 | 0.00 |

\* 3033 Harper Street, Berkeley, California
\*\* Robert Rosenau was owed additional back interest, which he has written off.

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Nicodemus v. Rosenau, Case No. 166108 | Breach of Contract | Shata County Superior Court | Pending |
| Barber v. Rosenau, Case No. 166602) | Breach of contract, fraud, negligence and constructive trust | Shasta County Superior | Pending |
| Hendrickson v. Rosenau Investments, Inc., Case No. 165341 | Sale of unqualified securities, fraud, negligent misrepresentation, breach ofcontract, accounting and constructive trust | Shasta County Superior Court | Pending |
| In re Rosenau Investments, Inc., et. al., None | Desist and Refrain Order | California Department of Corporations | Desist and Refrain Order |
| 7832 Ney Avenue | Abatement action | City of Oakland | Lien imposed |
| 946 61st Street | Abatement action | City of Oakland | Lien imposed |
| 946 61st Street | Abatement action | City of Oakland | Lien imposed |
| 946 61st Street | Abatement proceeding | City of Oakland | Lien imposed |
| 1620 17th Street | Abatement proceeding | City of Oakland | Lien imposed |
| 1620 17th Street | Abatement proceeding | City of Oakland | Lien imposed |
| 1620 17th Street | Abatement proceeding | City of Oakland | Lien imposed |
| 1620 17th Street | Abatement proceeding | City of Oakland | Lien imposed |
| 7832 Ney Avenue | Abatement proceeding | City of Oakland | Lien imposed |
| 886 McElroy | Abatement proceeding | City of Oakland | Lien imposed |
| 886 McElroy | Abatement proceeding | City of Oakland | Lien imposed |
| 1427 Willow Street | Abatement proceeding | City of Oakland | Lien imposed |
| 1427 Willow Street | Abatement proceeding | City of Oakland | Lien imposed |

None b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Rex & Jill Nicodemus<br>855 Boulder Lane<br>Lincoln, CA 95648 | July 13, 2009 | $1.2 million dollar promissory note secured by real property on Cedar Road |

\* Creditor's attorney is Stephne Dean, P.O. Box 994134, Redding, CA 96099, (530) 246-7691.
\*\* Note was seized under Writ of Attachment July 13, 2009; temporary protective order was granted May 7, 2009.

| Melvin And Virignia Hendrickson | September 14, 2009 | Temporary Protective order: Oakdale Avenue, |

1992 Revocable Living Trust
2679 Pacific Avenue
Redding, CA  96002

1427 Wilson Street, 94575 Peach Street, 7832 Ney Avenue, 1784 9tyh STreet, Pepper Tree Inn, 772 Lake Blvd, 6016 Alisal, 886 McElroy, 2327 #. 17th Street, 17105 Marianas Way, 845-847 York and 845 Ardley

**\* The Temporary Protective Order also runs in favor of William and Leanne Weber. Creditors attorney is Michael McCabe, 1737 Yuba Street, Suite C, Redding, CA 96001, (530) 246-3100**

---

### 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| Stewartship Trust<br>P.O. Box 993544<br>Redding, CA  96099 | None | Last 12 mos | $12,000, approximately |
| Tim Stumpf<br>3460 Showboat Court<br>Redding, CA  96003 | None | Last 12 mos | $11,760.00, approximately |
| Meeker Family Trust<br>P.O. Box 990<br>Burney, CA  96013 | None | Last 12 mos | $6,000 approximately |

---

### 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case or since the **commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Fredrick E. Clement<br>Attorney At Law<br>1300 West Street, Suite C<br>Redding, CA  96001 | October 21, 2009 | 50,000.00 |

**\* Payment made in contemplation of Chapter 11 bankruptcy; in the event the case is not converted the issue of fees will be re-visited.**

| | | |
|---|---|---|
| Dennis Cowan<br>280 Hemsted Drive, Suite B<br>Redding, CA  96002 | June, September & October | 5,701.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**10. Other transfers**

None a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either
☐ absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Rana Robillard**<br>**3920 Ardley Avenue**<br>**Oakland, CA 94602**<br>**None** | **August 8, 2008** | **Sale of 3920 Ardley Avenue, Oakland, California-$855,000** |

\* **Money disbursed to promissory note holders, secured by deed of trust: Melvin and Virginia Hendrickson, Dennis and Judith Riley, Richard Rowan, Jr., Ernest Meisser III, Gus and Kathleen Vasilakis, Judy Redd, and Rowan Legacy.**

| | | |
|---|---|---|
| **Huxley Investments, LLC**<br>**P.O. Box 10195, Dept. 12**<br>**Palo Alto, CA 94303**<br>**None** | **August 18, 2009** | **Sale of 3033 Harper Street, Berkeley, California-$540,000** |

\* **The net sale proceeds were disbursed as set forth in Statement of Financial Affairs #3b & 3c**

| | | |
|---|---|---|
| **3201 Applian Way, LLC**<br>**C/O EJ And Valery Thompson**<br>**None** | **January 31, 2008** | **Release of deed of trust against 4668 Mayo Court, Redding, California and encumberance of 4550 and 4580 Cedars and Shasta View properties** |

\* **Security interest from Mayo Court to Cedars Road property and Shasta View properties**

| | | |
|---|---|---|
| **Kimberly Road Assignees**<br>**(Per Attached)**<br>**None** | **July 2008** | **Promissory note and deed of trust-satisfactions promissory notes** |

**APNs #090-070-023, 024, 025 & 026**

| | | |
|---|---|---|
| **Magnolia Street Assignees**<br>**(See Attached List)**<br>**None** | **October 24, 2008** | **Deed to 925 and 927 Magnolia Street, Redding, California--cancellation of promissory notes** |

**APNs #103-050-028 & 103-050-027**

| | | |
|---|---|---|
| **York Street Group, LLC**<br>**C/O Tom Kurth, Agent For Srv.**<br>**1745 Yuba Street**<br>**Redding, CA 96001**<br>**None** | **September 15, 2008** | **845-847 York Street (aka 319 and 223 Alameda Street, Vallejo, California--three single family residence & duplexes deeded to particpants--cancellation of promissory notes** |

\* **These propeties deeded to a limited liability company comprised of participants in this property. The Debtor believes the persons comprising the limited liability company are: Boyer Family Trust, Paul and Dorothy Dawson, Gale and MaryJo Easley, Jason Jones, Median Plus (by Christie Zwaga, agent), Rex and Jill Nicodemus, Redding Pallett, Roawn Legacy (Tom Kurth), Mark and Margaret Wood, Donald and Nancy Barber, William and Leanne Weber, and Melvin and Virginia Hendrickson**

| | | |
|---|---|---|
| **James T. Hull, Sr.**<br>**4617 Underwood Blvd.**<br>**Redding, CA 96003**<br>**None** | **July 31, 2008** | **21875 Hillside Drive, Palo Cedro, California 96073-cancellation of three promissory notes with principal balances totalling $545,000** |
| **Pilar Schanez Prez**<br>**9111 Palmer Avenue**<br>**San Pablo, CA 94806**<br>**None** | **Approx. Nov. 3, 2008** | **1441 Kelsey Street, Richmond, California--$39,000** |

**Net proceeds of $34,658.53 distributed to participants on or about January 8, 2009: N & S Behbahani Trust-$2,408.08; Ronald ChambersMD Inc.-$4,818.79; Gestri Rev. Living Trust-$4,577.19; Gunlogson Revocable Living Trust-$2,408.08; Rayl Family Revocable Trust-$1446.95; Judith B. Reed Family Trust-$1,446.95; Susan Sherifdan-$2,408.08; Simpson Family Trust-$3,132.87; Sousa Family Rev. Trust-$1,205.36; Mark and Margaret Wood-$2,408.08**

None b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar
☑ device of which the debtor is a beneficiary.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**11. Closed financial accounts**

None   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise
☐   transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts,
certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations,
brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Wells Fargo Bank**<br>**1515 Pine Street**<br>**Redding, CA 96001** | **Money Market account/Pepper Tree**<br>**Inn #5624** | **July 8, 2009-$10,980.10** |

**12. Safe deposit boxes**

None   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately
☑   preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or
both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this
☑   case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None   List all property owned by another person that the debtor holds or controls.
☑

**15. Prior address of debtor**

None   If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during
☑   that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana,
☑   Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case,
identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances,
wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating
the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the
debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant
or similar term under an Environmental Law.

None   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or
☑   potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the
Environmental Law.

None   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate
☑   the governmental unit to which the notice was sent and the date of the notice.

None   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor
☑   is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2009 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

**18. Nature, location and name of business**

<sup>None</sup> ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Rosenau Investments, Inc.** | **68-0276556** | **3404 Bechelli Lane, Suite C Redding, CA 96002** | **Facilitator of hard-money loans and real estate investor and operator of Pepper Tree Inn** | **1992-Present** |

<sup>None</sup> ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

<sup>None</sup> ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Tom Kurth**<br>**1745 Yuba Street**<br>**Redding, CA 96001** | **Approximately 20-25 years, ending in 2008** |
| **Bill McMahon**<br>**518 Walnut Street**<br>**Red Bluff, CA 96080** | **2007/2008 forward** |
| **Dora Swanson**<br>**Swanson Bookkeeping Service**<br>**3336 Bechelli Lane**<br>**Redding, CA 96002** | **Early 2009 to present** |

<sup>None</sup> ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

<sup>None</sup> ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Bill McMahon
518 Walnut Street
Red Bluff, CA 96080

Dora Swanson
Swanson Bookkeeping Service
3336 Bechelli Lane
Redding, CA 96002

---

None ☐ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

NAME AND ADDRESS          DATE ISSUED
**Partial/Redacted Financial Statements**
**Provided For Pepper Tree Inn Only To**
**Possible Buyers-Names Unknown**

---

### 20. Inventories

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Robert Roseanu**<br>**3918 Eaglepark Way**<br>**Redding, CA 96001** | **Sh//Dir/Offcr** | **100%** |

---

### 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Donna M. Rosenawu**<br>**3918 Eagle Parkway**<br>**Redding, CA 96001** | **Secretary** | **June 15, 2009** |

---

### 23. Withdrawals from a partnership or distributions by a corporation

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Robert Rosenau**<br>**3918 Eagle Parkway**<br>**Redding, CA 96001**<br>**Shareholder** | **Last 12 mos** | **$46,487.27** |
| **Donna M. Rosenawu**<br>**3918 Eagle Parkway**<br>**Redding, CA 96001**<br>**Wife of Shareholder** | **Last 12 mos** | **$4493.39** |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**24. Tax Consolidation Group**

None  If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax
☑   purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None  If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer,
☑   has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.


Date: **November 19, 2009**     Signature: *Robert Rosenau*

                      **Robert Rosenau, President**

                                                Print Name and Title

        [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

                  **2** continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2009 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

**In re Rosenau Investments, Inc.** (E.D. Cal. Case No. 09-42219)
**Statement of Financial Affairs #10**
**Kimberly Road Assignees**

Cecilia B. Johnson
c/o Mark and Janice Gunlogson
P.O. Box 493514
Redding, CA 96049-3514
(10% interest)

Denis J. Riley & Judith K. Riley
Revocable Living Trust of 1988
2497 Clara Court
Redding, CA 96002
(4% interest)

Marjorie J. Simpson
Successor of the Simpson Family Trust
15485 Starflower Road
Oak Run, CA 96069
(25% interest)

Burl and Brenda Sousa
Burl P. Sousa and Brenda K. Sousa Revocable Trust of 1990
3396 Creek View Road
Medford, OR 96067
(6% interest)

Redding Pallett
P.O. Box 492404
Redding, CA 96049-2404
(21% interest)

Tim Rayl and Lisa Rayl
Trustees of the Rayl Family 1992Revocable Trsute
P.O. Box 460
Palo Cedro, CA 96073
(21% interest)

Mark Gunlogson and Janice Gunlogson
Trustees of the Mark and Janice Gunlogson 1995 Revocable Living Trust
P.O. Box 493514
Redding, CA 96049-3514
(13% interest)

**In re Rosenau Investments, Inc.** (E.D. Cal. Case No. 09-42219)
**Statement of Financial Affairs #10**
**Magnolia Street Assignees**

Gunner, Inc.
(apparently the assignee of Trustees of the
Mark and Janice Gunlogson 1995 Revocable Living Trust)
P.O. Box 493514
Redding, CA 96049-3514
(36.7647% interest)

Jim and Mavis Whalen
1857 Alcan Drive
Medford, OR 97504
(21.3235% interest)

Redding Pallett
P.O. Box 492404
Redding, CA 96049-2404
(41.9118% interest)

# United States Bankruptcy Court
## Eastern District of California

IN RE:                                                      Case No. **2009-42219**

Rosenau Investments, Inc.                                   Chapter **7**
                              Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **275.00/hr**

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **50,000.00**

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

2. The source of the compensation paid to me was: ☐ Debtor  ☑ Other (specify): **Gus & Kathleen Vasilakis**

3. The source of compensation to be paid to me is: ☑ Debtor  ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
   **\* On October 12, 2009, Fredrick E. Clement received check no. 461 from Gus M. and Kathleen Vasilakis; later, and anecdotally, Fredrick E. Clement that other creditors (Dennis Riley, Jerry Boyer, and Mark Gunlogson) may have assisted the Vasilakis in raising the retainer.**

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:

© 1993-2009 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 19, 2009**
Date

Fredrick E. Clement 132520
Law Offices Of Fredrick E. Clement
1300 West Street, Suite C
Redding, CA  96001-1663
(530) 229-3900  Fax: (530) 229-3904
fredrick@fredrickclementlaw.com